**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

BIS ADVANCED SOFTWARE SYSTEMS, LTD.,

   Plaintiff,

  v.

RED BEND SOFTWARE, INC.,
RED BEND, LTD.,
TIME WARNER INC.,
ICQ, INC.
INSTALLSHIELD SOFTWARE CORP.,
and
SCANSOFT, INC.

   Defendants.

Civil Action No. 04cv11960 (RWZ)

  Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, Defendants Red Bend Software, Inc., Red Bend, Ltd., Time Warner Inc., ICQ, Inc., and InstallShield Software Corp., by its attorneys, state as follows:

  Red Bend, Ltd. is a privately held company. No publicly held company owns 10% or more of the stock of Red Bend, Ltd. Red Bend Software, Inc. is a wholly-owned subsidiary of Red Bend, Ltd.

  Time Warner Inc. is a publicly traded company. No publicly held corporation owns 10% or more of the stock of Time Warner Inc. ICQ, Inc. is a wholly-owned subsidiary of a corporate unit that is wholly-owned by Time Warner Inc.

  Certain assets of InstallShield Software Corporation were purchased by Macrovision Corporation, a Delaware corporation. Macrovision Corporation is responding to the allegations of the Complaint that relate to InstallShield Software

Corporation.  No publicly held company owns 10% or more of the stock of Macrovision Corporation.

                                                        Respectfully submitted,

                                                        /s/ Anastasia Fernands
                                                        Anastasia Fernands (BBO# 633131)
                                                        GOODWIN PROCTER LLP
                                                        53 State Street
                                                        Boston, MA 02109
                                                        Tel:  617-570-1000
                                                        Fax:  617-523-1231

                                                        Ethan Horwitz
                                                        Georgia Yanchar
                                                        GOODWIN PROCTER LLP
                                                        599 Lexington Avenue
                                                        New York, New York 10022
                                                        Tel:  212-813-8800
                                                        Fax:  212-353-3555

                                                        **ATTORNEYS FOR RED BEND SOFTWARE, INC., RED BEND, LTD., TIME WARNER INC., ICQ, INC. and INSTALLSHIELD SOFTWARE CORP.**

Dated:  December 22, 2004