IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

BIS ADVANCED SOFTWARE SYSTEMS, LTD.,

    Plaintiff,

v.

RED BEND SOFTWARE, INC.,
RED BEND, LTD.,
TIME WARNER INC.,
ICQ, INC.
INSTALLSHIELD SOFTWARE CORP.,
and
SCANSOFT, INC.

    Defendants.

Civil Action No. 04cv11960 (RWZ)

## LOCAL RULE 7.1 CERTIFICATION

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, Defendant ScanSoft, Inc., by its attorneys, states as follows: ScanSoft, Inc. is a publicly traded company. No publicly held corporation owns 10% or more of the stock of ScanSoft, Inc.

_____
Bruce E. Falby (BBO# 544143)
PIPER RUDNICK LLP
One International Place, 21st Floor
Boston, Massachusetts 02110-2613
Tel: (617) 406-6120
Fax: (617) 406-6120

John Allcock
Andrew P. Valentine
Timothy Lohse
GRAY CARY WARE & FREIDENRICH LLP
2000 University Avenue
East Palo Alto, CA 94303
Tel: (650) 833-2065
Fax: (650) 833-2001

Dated: December __, 2004

**ATTORNEYS FOR SCANSOFT, INC.**

EM\7179478.1
2505087-3