UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BIS ADVANCED SOFTWARE SYSTEMS, LTD., <br><br>          Plaintiff, <br><br>     v. <br><br> RED BEND SOFTWARE, INC., RED BEND SOFTWARE, LTD., TIME WARNER INC., ICQ, INC., INSTALLSHIELD SOFTWARE CORP., <br> and <br> SCANSOFT, INC. <br><br>          Defendants. | Civil Action No. 04cv11960 (RWZ) |

## ASSENTED-TO MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5.3(b), defendants Red Bend Software, Inc., Red Bend Software, Ltd., Time Warner, Inc., ICQ, Inc., and Installshield Software, Corp., (collectively "Defendants") by their undersigned attorney, hereby move for the admission *pro hac vice* of their counsel, Ethan Horwitz and Georgia E. Yanchar. As grounds therefore, Defendants state:

1. Ethan Horwitz has prepared a certificate in accordance with the District of Massachusetts Local Rule 83.5.3, attached hereto as Exhibit A, certifying that: (i) Mr. Horwitz is a member in good standing of the Bar of the State of New York, the United States Supreme Court, the United States Courts of Appeals for the Second, Third, and Federal Circuits, and the United States District Courts for the Eastern and Southern Districts of New York; (ii) Mr. Horwitz is familiar with the Local Rules of the United States District Court for the District of Massachusetts; and (iii) there are no disciplinary proceedings pending against Mr. Horwitz.

2.     Georgia E. Yanchar has prepared a certificate in accordance with Local Rule 83.5.3, attached hereto as Exhibit B, certifying that: (i) Ms. Yanchar is a member in good standing of the Bars of the State of New York and the State of Ohio, and the United States District Court for the Southern District of New York; (ii) Ms. Yanchar is familiar with the Local Rules of the United States District Court for the District of Massachusetts; and (iii) there are no disciplinary proceedings pending against Ms. Yanchar.

Dated: January 11, 2005               Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　/s/ Anastasia M. Fernands
　　　　　　　　　　　　　　　　　　　　　Anastasia M. Fernands (BBO# 633131)
　　　　　　　　　　　　　　　　　　　　　Goodwin Procter LLP
　　　　　　　　　　　　　　　　　　　　　Exchange Place
　　　　　　　　　　　　　　　　　　　　　Boston, MA 02109
　　　　　　　　　　　　　　　　　　　　　Tel. (617) 570-1000
　　　　　　　　　　　　　　　　　　　　　Fax (617) 523-1231

**ATTORNEY FOR RED BEND SOFTWARE, INC., RED BEND, LTD., TIME WARNER INC., ICQ, INC. and INSTALLSHIELD SOFTWARE CORP.**

### LOCAL RULE 7.1(A)(2) CERTIFICATE

Pursuant to Local Rule 7.1(A)(2), counsel for Red Bend Software, Inc. and Red Bend Software, Ltd., Time Warner, Inc., ICQ, Inc. and Installshield Software Corp. hereby certifies that on January 10, 2005, counsel for BIS Advanced Software Systems, Ltd., Daniel P. Tighe, and counsel for Scansoft, Inc., Bruce E. Falby, assented to this motion.

　　　　　　　　　　　　　　　　　　　　　/s/ Anastasia M. Fernands