UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BIS ADVANCED SOFTWARE SYSTEMS, LTD.,<br><br>   Plaintiff,<br><br>  v.<br><br>RED BEND SOFTWARE, INC., RED BEND SOFTWARE, LTD., TIME WARNER INC., ICQ, INC., INSTALLSHIELD SOFTWARE CORP.,<br>and<br>SCANSOFT, INC.<br><br>   Defendants. | Civil Action No. 04cv11960 (RWZ) |

### **CERTIFICATE OF GEORGIA E. YANCHAR PURSUANT TO LOCAL RULE 83.5.3(b)**

Georgia E. Yanchar, declares and states as follows:

1. I am an associate at the law firm of Goodwin Procter LLP, New York, New York. I have been a member in good standing of the Bars of the State of New York since 2004, and the State of Ohio since 1999. I am also a member in good standing of the Bar of the United States District Court for the Southern District of New York. I am a member of the Bar in good standing in every jurisdiction in which I have been admitted to practice.

2. There are no disciplinary proceedings pending against me as a member of the Bar in any jurisdiction.

3. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

I declare under the penalty of perjury that the following is true and correct. Executed on January 10, 2005.

/s/ Georgia E. Yanchar

LIBA/1436596.1