IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

BIS ADVANCED SOFTWARE SYSTEMS, LTD.,

    Plaintiff,

v.

RED BEND SOFTWARE, INC., ET. AL.,

    Defendants.

Civil Action No. 04-11960-RWZ

FILING FEE PAID:
RECEIPT =
AMOUNT $
BY DPTY. CLK
DATE

**ASSENTED-TO MOTION FOR ADMISSION *PRO HAC VICE* OF
NEIL F. GREENBLUM, MICHAEL J. FINK, BENJAMIN P. KOTA
AND CAITLIN LHOMMEDIEU**

Pursuant to Local Rule 83.5.3(b), Daniel P. Tighe, a member of the bar of this Court, hereby moves this Court for an order allowing Neil F. Greenblum, Michael J. Fink, Benjamin P. Kota and Caitlin Lhommedieu to appear in this matter on behalf of BIS Advanced Software Systems, Ltd. ("BIS"). As grounds for this motion, the undersigned relies upon the affidavits of Messrs. Greenblum, Fink, Kota, and Mrs. Lhommedieu (submitted herewith) and states as follows:

    1.    Mr. Greenblum is a member of the bars of the District of Columbia and Virginia, and is admitted to practice before the U.S. Court of Appeals for the Federal Circuit.

    2.    Mr. Fink is a member of the bars of Virginia, New York, and the District of Columbia, and is admitted to practice before the Supreme Court of the United States, the U.S. Court of Appeals for the Federal Circuit, the U.S. Court of Federal Claims, and Eastern District of Virginia and the District of Columbia Federal District Courts.

    3.    Mr. Kota is a member of the Illinois State Bar, and is admitted to practice before the U.S. Court of Appeals for the Federal Circuit and the U.S. District Court for the Northern

District of Illinois.

4. Mrs. Lhommedieu is a member of the Virginia State Bar, and is admitted to practice in the U.S. District Court for the Eastern District of Virginia and the U.S. Court of Appeals for the Fourth Circuit.

5. Messrs. Greenblum, Fink, Kota, and Mrs. Lhommedieu are members in good standing in all jurisdictions where they have been admitted to practice.

6. Messrs. Greenblum and Fink have been admitted *pro hac vice* in this Court in other cases.

7. There are no disciplinary proceedings pending against Messrs. Greenblum, Fink, Kota, or Mrs. Lhommedieu in any jurisdiction.

8. Messrs. Greenblum, Fink, Kota, and Mrs. Lhommedieu are familiar with the Local Rules of the United States District Court for the District of Massachusetts.

9. Counsel for BIS has discussed this matter with counsel for the defendants, who have no objection to this motion.

WHEREFORE, Daniel P. Tighe hereby requests that this Court admit Messrs. Greenblum, Fink, Kota, and Mrs. Lhommedieu to appear for BIS in this matter.

_____
Daniel P. Tighe (BBO # 556584)
Griesinger, Tighe & Maffei, LLP
176 Federal Street
Boston, Massachusetts 02110
(617) 542-9900

Dated: January 7, 2005

J333802.O02

I HEREBY CERTIFY THAT A TRUE COPY OF THE ABOVE DOCUMENT WAS SERVED UPON THE ATTORNEY OF RECORD FOR EACH OTHER PARTY BY MAIL/HAND ON:
1/7/05  smce