IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BIS ADVANCED SOFTWARE SYSTEMS, LTD., <br><br> Plaintiff, <br><br> v. <br><br> RED BEND SOFTWARE, INC., ET. AL., <br><br> Defendants. | Civil Action No. 04-11960-RWZ |

**AFFIDAVIT OF NEIL F. GREENBLUM IN SUPPORT OF MOTION FOR ADMISSION**
*PRO HAC VICE*

Neil F. Greenblum, upon oath, deposes and says as follows:

1.  I am an attorney licensed to practice law in the District of Columbia, the Commonwealth of Virginia, the United States Court of Appeals for the Federal Circuit. I am a partner in the law firm of Greenblum & Bernstein, P.L.C. in Reston, Virginia. I submit this Affidavit in Support of a Motion for Admission *Pro Hac Vice*.

2.  I was previously admitted *pro hac vice* in the United States District Court for the District of Massachusetts in the case of Nordica v. Salomon, C.A. No. 90-cv-12103 (WJS).

3.  I am a member in good standing in all jurisdictions where I have been admitted to practice.

4.  There are no disciplinary proceedings pending against me in any jurisdiction.

5.  I have reviewed and am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Signed under the pains and penalties of perjury this 5th day of January, 2005.

_____
Neil F. Greenblum

J333802.001

I HEREBY CERTIFY THAT A TRUE COPY OF THE ABOVE DOCUMENT WAS SERVED UPON THE ATTORNEY OF RECORD FOR EACH OTHER PARTY BY MAIL/HAND ON:
1/7/04  sm cl