IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BIS ADVANCED SOFTWARE SYSTEMS, LTD., <br><br> Plaintiff, <br><br> v. <br><br> RED BEND SOFTWARE, INC., ET. AL., <br><br> Defendants. | Civil Action No. 04-11960-RWZ |

**AFFIDAVIT OF MICHAEL J. FINK IN SUPPORT OF MOTION FOR ADMISSION**
*PRO HAC VICE*

Michael J. Fink, upon oath, deposes and says as follows:

1.  I am an attorney licensed to practice law in Virginia, New York and the District of Columbia, and before the Supreme Court of the United States, the U.S. Court of Appeals for the Federal Circuit, the U.S. Court of Federal Claims, Eastern District of Virginia and the District of Columbia Federal District Courts  I am a partner in the law firm of Greenblum & Bernstein, P.L.C. in Reston, Virginia. I submit this Affidavit in Support of a Motion for Admission *Pro Hac Vice*.

2.  I was previously admitted *pro hac vice* in the United States District Court for the District of Massachusetts in the case of Nordica v. Salomon, C.A. No. 90-cv-12103 (WJS).

3.  I am a member in good standing in all jurisdictions where I have been admitted to practice.

4.  There are no disciplinary proceedings pending against me in any jurisdiction.

5.  I have reviewed and am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Signed under the pains and penalties of perjury this 4th day of January, 2005.

_____
Michael J. Fink

J333802.O05

I HEREBY CERTIFY THAT A TRUE COPY
THE ABOVE DOCUMENT WAS SERVE
UPON THE ATTORNEY OF RECORD FOR
EACH OTHER PARTY BY MAIL/~~HAND~~ ON:
1/7/04  gmice