IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BIS ADVANCED SOFTWARE SYSTEMS, LTD., <br><br> Plaintiff, <br><br> v. <br><br> RED BEND SOFTWARE, INC., ET. AL., <br><br> Defendants. | Civil Action No. 04-11960-RWZ |

**AFFIDAVIT OF BENJAMIN P. KOTA IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

Benjamin P. Kota, upon oath, deposes and says as follows:

1. I am an attorney licensed to practice law in Illinois, the United States Court of Appeals for the Federal Circuit, and the U.S. District Court for the Northern District of Illinois. I am an associate in the law firm of Greenblum & Bernstein, P.L.C. in Reston, Virginia. I submit this Affidavit in Support of a Motion for Admission *Pro Hac Vice*.

2. I am a member in good standing in all jurisdictions where I have been admitted to practice.

3. There are no disciplinary proceedings pending against me in any jurisdiction.

4. I have reviewed and am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Signed under the pains and penalties of perjury this 4th day of January, 2005.

Benjamin P. Kota

J333802.004

I HEREBY CERTIFY THAT A TRUE COPY OF THE ABOVE DOCUMENT WAS SERVED UPON THE ATTORNEY OF RECORD FOR EACH OTHER PARTY BY MAIL/HAND ON:
1/7/05

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

BIS ADVANCED SOFTWARE SYSTEMS, LTD.,

Plaintiff,

v.

RED BEND SOFTWARE, INC., ET. AL.,

Defendants.

Civil Action No. 04-11960-RWZ

### AFFIDAVIT OF CAITLIN LHOMMEDIEU IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

Caitlin Lhommedieu, upon oath, deposes and says as follows:

1. I am an attorney licensed to practice law in Virginia. I am an associate in the law firm of Greenblum & Bernstein, P.L.C. in Reston, Virginia. I submit this Affidavit in Support of a Motion for Admission *Pro Hac Vice*.

2. I am a member in good standing in all jurisdictions where I have been admitted to practice.

3. There are no disciplinary proceedings pending against me in any jurisdiction.

4. I have reviewed and am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

Signed under the pains and penalties of perjury this 4th day of January, 2005.

_____
Caitlin Lhommedieu

J333802.O03

I HEREBY CERTIFY THAT A TRUE COPY OF THE ABOVE DOCUMENT WAS SERVED UPON THE ATTORNEY OF RECORD FOR EACH OTHER PARTY BY MAIL/HAND ON:
1/7/04  sm.ce