COURT
                                                                    OF MASS.

                                                        2005 JAN 20  P 5:08

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BIS ADVANCED SOFTWARE SYSTEMS, LTD., <br><br> Plaintiff, <br><br> v. <br><br> RED BEND SOFTWARE, INC., RED BEND SOFTWARE, LTD., TIME WARNER INC., ICQ, INC., INSTALLSHIELD SOFTWARE CORP., and SCANSOFT, INC. <br><br> Defendants. | Civil Action No. 04-11960-RWZ <br><br> JURY TRIAL DEMANDED |

## PLAINTIFF'S RULE 16.1(D)(3) CERTIFICATE

The plaintiff BIS Advanced Software Systems, Ltd. ("BIS"), by and through its undersigned counsel and authorized representative, hereby certifies that BIS and its counsel have conferred:

(a) with a view to establishing a budget for the costs of conducting the full course — and various alternative courses — of the litigation; and

(b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Respectfully submitted,

B.I.S.
Advanced Software Systems Ltd.
_____
Doron Leave
Chief Operating Officer
BIS Advanced Software Systems, Ltd.

Dated: January 20, 2005

_____
Caitlin Lhommedieu
GREENBLUM & BERNSTEIN, P.L.C.
1950 Roland Clarke Place
Reston, VA 20191
(703) 716-1191

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail/hand/facsimile on:
1/20/05  SMcL