IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

BIS ADVANCED SOFTWARE SYSTEMS, LTD.,

    Plaintiff,

v.

RED BEND SOFTWARE, INC.,
RED BEND, LTD.,
TIME WARNER INC.,
ICQ, INC.
INSTALLSHIELD SOFTWARE CORP.,
and
SCANSOFT, INC.

    Defendants.

Civil Action No. 04cv11960 (RWZ)

FILED
IN CLERKS OFFICE

2005 JAN 21 A 9: 51

U.S. DISTRICT COURT
DISTRICT OF MASS.

## LOCAL RULE 16.1(D)(3) CERTIFICATION

ScanSoft, Inc., and counsel for ScanSoft, Inc., hereby certify that they have conferred:

(a) with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

SCANSOFT, INC.

_____
Richard Wong
Dated: January ___, 2005

DLA PIPER RUDNICK GRAY CARY US LLP

_____
Andrew P. Valentine
Bruce E. Falby
Attorneys for Defendants
InstallShield Software Corp.
and ScanSoft, Inc.
Dated: January 21, 2005

LIBNY/4370966.1
EM\7180791.1
2505087-3

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail (by hand) on 1/21/05
_____ & fax