IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BIS ADVANCED SOFTWARE SYSTEMS, LTD., <br><br> Plaintiff, <br><br> v. <br><br> RED BEND SOFTWARE, INC., RED BEND SOFTWARE, LTD., TIME WARNER INC., ICQ, INC., INSTALLSHIELD SOFTWARE CORP., and SCANSOFT, INC. <br><br> Defendants. | Civil Action No. 04-11960-RWZ <br><br> **JURY TRIAL DEMANDED** |

## NOTICE OF APPEARANCE OF SCOTT MCCONCHIE

Pursuant to Local Rule 83.5.2, please enter my appearance as attorney for the plaintiff, BIS Advanced Software Systems, Ltd., in the above-captioned matter. In addition, please add my email address (sm@gtmllp.com) to the electronic service list.

Respectfully submitted,

_[signature]_
Scott McConchie (BBO # 634127)
Griesinger, Tighe & Maffei, LLP
176 Federal Street
Boston, MA 02210-2600
(617) 542-9900
(617) 542-0900 (fax)

Dated: January 28, 2005

I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail/hand/facsimile on:
1/28/05  _[signature]_