UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2005 FEB 16  P 3: 16

U.S. DISTRICT COURT
DISTRICT OF MASS

|  |  |  |
|---|---|---|
| BIS ADVANCED SOFTWARE SYSTEMS, LTD., | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 04cv-11960 (RWZ) |
| RED BEND SOFTWARE, INC., RED BEND, LTD., TIME WARNER INC., ICQ, INC., INSTALLED SOFTWARE CORP., and SCANSOFT, INC., | ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

## NOTICE OF FIRM NAME CHANGE

Pursuant to Local Rule 83.5.2(e), please enter the following change of firm name on the

docket of this action.  Effective January 1, 2005, the firm name of counsel for defendant

Scansoft, Inc. shall be:

Bruce E. Falby, Esq. (BBO #544143)
DLA PIPER RUDNICK GRAY CARY US LLP
One International Place, 21st Floor
100 Oliver Street
Boston, MA  02110-2613
(617) 406-6000 (*telephone*)
(617) 406-6100 (*fax*)

SCANSOFT, INC.,

By its attorney,

Bruce E. Falby, Esq. (BBO #544143)
DLA PIPER RUDNICK GRAY CARY US LLP
One International Place, 21st Floor
100 Oliver Street
Boston, MA  02110-2613
(617) 406-6000 (*telephone*)
(617) 406-6100 (*fax*)

Dated:  February 15, 2005

CERTIFICATE OF SERVICE

I, Bruce E. Falby, hereby certify that a copy of the foregoing document was served upon all counsel of record by mail on February 15, 2005.

_____
Bruce E. Falby