IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BIS Advanced Software Systems, Ltd., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>Red Bend Software, Inc., )<br>Red Bend, Ltd., )<br>Time Warner Inc., )<br>ICQ, Inc., )<br>InstallShield Software Corp., )<br>and )<br>ScanSoft, Inc. )<br>)<br>Defendants. )<br>_____ ) | Civil Action No. 04-11960-RWZ<br><br><br><br>**JURY TRIAL DEMANDED** |

## JOINT MOTION TO AMEND THE SCHEDULING ORDER

The parties jointly request that the Court enter the attached Amended Scheduling Order, which extends the discovery deadlines in this patent infringement case by two months.

The parties are diligently pursuing discovery. Specifically, the parties have already commenced discovery, including the production of documents. The parties have also agreed to a schedule for depositions, including depositions in Israel, where both Plaintiff BIS Advanced Software Systems, Ltd. and Defendant Red Bend, Ltd. are located, both of whom have multiple witnesses to be deposed. Accordingly, the parties do not expect that they will require additional extensions beyond those requested herein.

The only dates that are not included in the attached Amended Scheduling Order are the dates on which the parties will be required to appear before the Court, namely, the date on which the parties will provide to the Court a tutorial on the technology in issue, and the date on which

the Court will hold a hearing on all summary judgment, *Daubert* and *Markman* motions. The parties respectfully request that those two dates be scheduled at the Court's convenience.

Respectfully submitted,

GOODWIN PROCTER LLP
Anastasia Fernands (BBO # 633131)
53 State Street
Boston, MA 02109
(617) 570-1000

Ethan Horwitz
Georgia Yanchar
599 Lexington Avenue
New York, NY 10022
(212) 813-8800

Attorneys for Defendants
Red Bend Software, Inc., Red Bend, Ltd.,
Time Warner Inc., ICQ, Inc., and
InstallShield Software Corp.

April 26, 2005