UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

BIS ADVANCED SOFTWARE SYSTEMS, LTD.,

    Plaintiff,

v.

RED BEND SOFTWARE, INC., RED BEND, LTD., TIME WARNER INC.,
ICQ, INC., INSTALLSHIELD SOFTWARE CORP.,
and
SCANSOFT, INC.

    Defendants.

Civil Action No. 04cv11960 (RWZ)

## AMENDED SCHEDULING ORDER

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure and Local Rule 16.1, a Scheduling Conference was held on January 27, 2005. On April 26, 2005, a Joint Motion to Amend the Scheduling Order was filed. For good cause shown,

It is hereby ORDERED

1. Disclosures under Rule 26(a)(1) are waived;

2. Defendants shall state whether they will rely on the advice-of-counsel defense to willfulness on or before July 11, 2005;

3. Fact discovery shall be completed by October 3, 2005;

4. Disclosures under Rule 26(a)(2) will be made according to the following schedule:

    a. Expert reports for which the serving party has the burden of proof shall be exchanged by September 1, 2005; and

      b.     Expert reports for which the serving party does not have the burden of proof shall be exchanged by November 1, 2005;

5.     Expert discovery shall be completed by December 1, 2005;

6.     The discovery event limitations set forth Local Rule 26.1(C) shall apply;

7.     Plaintiff shall identify the claims in issue, and then the parties shall meet and confer to identify any claim terms in dispute by no later than November 1, 2005;

8.     All summary judgment and *Daubert* motions shall be filed by January 25, 2006;

9.     Plaintiff's *Markman* brief shall be filed by January 25, 2006;

10.    All briefs in opposition to summary judgment and *Daubert* motions shall be filed by February 27, 2006;

11.    Defendants' *Markman* brief shall be filed by February 27, 2006;

12.    Any reply briefs on summary judgment and *Daubert* motions as well as Plaintiff's reply on *Markman*, if any, shall be filed by March 13, 2006. Reply briefs shall be no longer than five pages.

 

_____

Rya W. Zobel
United States District Judge