IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BIS ADVANCED SOFTWARE SYSTEMS, LTD., <br><br> Plaintiff, <br><br> v. <br><br> RED BEND SOFTWARE, INC., <br> RED BEND SOFTWARE, LTD., <br> TIME WARNER INC., ICQ, INC., <br> INSTALLSHIELD SOFTWARE CORP., <br> and SCANSOFT, INC. <br><br> Defendants. | Civil Action No. 04-11960-RWZ |

## JOINT MOTION TO ENTER STIPULATED PROTECTIVE ORDER

The parties jointly request that the Court enter the Stipulated Protective Order, filed herewith, which shall be applicable to and govern any and all depositions, documents, and any other tangible things produced in response to requests for production thereof, answers to interrogatories, responses to requests for admissions, and all other discovery taken pursuant to the Federal Rules of Civil Procedure, as well as testimony adduced at trial, matters in evidence, and other information exchanged by the parties in the above-captioned action or produced by a third-party witness which is designated as confidential or highly confidential.

Respectfully submitted,

| | |
|---|---|
| /s/ Scott McConchie | /s/ Anastasia M. Fernands |
| Daniel P. Tighe (BBO #556583) | Anastasia M. Fernands (BBO #633131) |
| Scott McConchie (BBO #634127) | GOODWIN PROCTER LLP |
| GRIESINGER, TIGHE & MAFFEI, LLP | 53 State Street |
| 176 Federal Street | Boston, MA 02109 |
| Boston, MA 02110 | (617) 570-1000 |
| (617) 542-9900 | |

Ethan Horwitz
GOODWIN PROCTER LLP
599 Lexington Avenue
New York, NY 10022
(212) 813-8800

Neil F. Greenblum
Michael J. Fink
Benjamin P. Kota
Caitlin Lhommedieu
GREENBLUM & BERNSTEIN, P.L.C.
1950 Roland Clark Place
Reston, VA 20191
(703) 716-1191

**ATTORNEYS FOR RED BEND SOFTWARE, INC.
RED BEND, LTD., TIME WARNER INC., ICQ, INC.
and INSTALLSHIELD SOFTWARE CORP.**

**ATTORNEYS FOR BIS ADVANCED SOFTWARE SYSTEMS, LTD.**

 /s/ Andrew P. Valentine
Bruce E. Falby (BBO #544143)
DLA PIPER RUDNICK GRAY CARY US LLP
One Internal Place, 21st Floor
Boston, MA 02110-2613
(617) 406-6000

John Allcock
Andrew P. Valentine
Timothy Lohse
DLA PIPER RUDNICK GRAY CARY US LLP
2000 University Avenue
East Palo Alto, CA 94303
(650) 833-2000
**ATTORNEYS FOR SCANSOFT, INC.**

Dated: May 19, 2005