

CUSTOMERS & PARTNERS

Japanese Site

**Selected Customers**

DO YOU HAVE A QUESTION?
Ask Here

E-mail

[SUBMIT]

FREE RED WHITE PAPERS
**Managing the Firmware Over the Air Update Process**
[DOWNLOAD]

**The Challenges of Mobile Device OTA Firmware Updating**
[DOWNLOAD]



**Siemens Mobile**
Siemens Information and Communication Mobile Group (Siemens Mobile) will be incorporating Red Bend's patented technology into new mobile telephones. This will allow Siemens to dramatically decrease the high costs associated with software repair. The Siemens Information and Communication Mobile Group offers a complete range of mobile solutions including mobile devices, infrastructure and applications.



**Sony Ericsson Mobile**
Sony Ericsson Mobile Communications has signed a global agreement with Red Bend Software to embed Red Bend's OTA software update technology in Sony Ericsson mobile handsets. Red Bend's vCurrent Mobile technology allows Sony Ericsson to generate extremely compact update packages that are optimized for delivery to mobile phones over narrow bandwidth networks. The updated package is then quickly, securely and reliably installed within the limited memory environment of the phone. Sony Ericsson Mobile Communications AB serves the global communications market with innovative and feature-rich mobile phones, accessories, PC-cards and M2M solutions.



**America Online, Inc.**
America Online, Inc. uses Red Bend's vCurrent SDK product to more effectively condense PC client software update packages, allowing them to be delivered more rapidly to its AOL customers. America Online, Inc. is the world's leader in interactive services, Web brands, Internet technologies and e-commerce services.



**ICQ**
ICQ has incorporated Red Bend's vCurrent technology in its popular instant messaging product to accelerate the seamless and efficient delivery of software to its millions of users. ICQ is a world leading communications community with over 175 million registered users worldwide.

*"Our goal is to optimize the ICQ user experience and we're happy to work with Red Bend's vCurrent technology to help us continue to provide our millions of users with a smooth, fast and seamless delivery experience."*
&ndash; Yair Goldfinger, ICQ Founder



**RealNetworks, Inc.**
RealNetworks, Inc. uses Red Bend's technology to enhance the distribution of software updates to its large customer base, reducing download time and improving the user experience. RealNetworks, Inc. is the leading creator of digital media services and software. Broadcasters, network operators, media companies and enterprises use RealNetworks' products and services to create and deliver digital media to PCs, mobile phones and consumer electronics devices.



**IXI Mobile, Inc.**
IXI Mobile, Inc., is working with Red Bend Software to enhance its offering of end-to-end software solutions that enable a new category of wireless devices. IXI software allows the introduction of a variety of sleek, affordable and function-optimized mobile devices that best match the needs and lifestyles of consumers.

**Selected Partners**

IBM



Red Bend is integrating its FOTA solutions with the IBM WebSphere Everyplace Device Manager, which provides device management capabilities for a wide range of wireless and mobile devices. This joint offering is valuable to mobile network operators who are seeking an end-to-end device management solution.



**Openwave Systems, Inc.**
Openwave Systems Inc. is collaborating with Red Bend, to offer a comprehensive solution for mobile device management and firmware updating  Together the companies target global handset manufacturers and mobile operators to provide an efficient solution that controls costs, allows device customization and provides flexible software downloading that is fast, easy and reliable. Openwave Systems Inc. is the leading independent provider of open software products and services for the communications industry.

*&ldquo;Openwave is committed to perfecting the user experience with data services  We are pleased to work with Red Bend to combine our industry-leading V7 and Mobile Device Management platforms with Red Bend's software. As a result, we will offer our customers another choice in over-the-air firmware updates and device management to improve their users' experience with data services."*
&ndash; David Hose, Chief Development Officer, Openwave



**Symbian**
Red Bend is a partner in the **Symbian Platinum Program**, supporting the growing market for smartphones based on Symbian OS™. As a Platinum Partner, Red Bend is extending its vCurrentMobile solution for Over-The-Air (OTA) updating, repairing and upgrading smartphone applications and firmware to the Symbian ecosystem. Symbian Software Limited develops and licenses Symbian OS, the global industry - standard operating system for smartphones, to the world's leading handset manufacturers, which account for over 80 per cent of annual mobile phone sales worldwide.

**Affiliations**

As a member of OMA, SDRF and CDG, Red Bend works with other leading manufacturers and operators to support existing and emerging standards and to ensure interoperability between solutions.



**Open Mobile Alliance (OMA)**
The Open Mobile Alliance aims to grow the market for the entire mobile industry by enabling subscribers to use interoperable mobile services across markets, operators and mobile terminals. This objective is being achieved by defining an open standards-based framework that permits applications and services to be built, deployed and managed efficiently and reliably in a multi-vendor environment.



**CDMA Development Group (CDG)**
The CDMA Development Group is an international consortium of companies that have joined together to lead the adoption and evolution of CDMA wireless systems around the world. The CDG is comprised of the world's leading CDMA service providers and manufacturers. By working together, the members will help ensure interoperability among systems, while expediting the availability of CDMA technology to consumers.



**The SDRF Forum**
is an international industry association of 100+ organizations committed to enabling the wireless Internet and advanced capabilities for civil and military systems. The Forum is dedicated to promoting the development, deployment and use of software-defined radio for advanced wireless systems  To that end, the Forum promotes the development of global standards for SDR technologies for use in modules, products and network systems in conjunction with existing commercial standards for wireless networks.



**IMA (Israel Mobile Association)**
The IMA is a non-profit organization aimed at enhancing the competitive edge of the Israeli mobile industry. The IMA includes more than 80 companies from across the value chain: operators, vendors, high-tech and startup companies, content providers, financial institutions and retailers. IMA's activities create opportunities for a wide variety of different segments, delivering value to everyone in the mobile chain.

Red Bend Proven Secure Software Updates

©Copyright 2004 Red Bend. All Rights Reserved. | Terms of Use | Contact Us

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BIS Advanced Software Systems, Ltd., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 04-11960-RWZ |
| ) | |
| Red Bend Software, Inc., ) | |
| Red Bend Software, Ltd., ) | |
| Time Warner Inc., ) | |
| ICQ, Inc., ) | |
| InstallShield Software Corp., ) | REQUEST FOR ORAL ARGUMENT |
| and ) | |
| ScanSoft, Inc. ) | |
| ) | |
| Defendants. ) | |
| ) | |

### Certificate under Local Rule 7.1

In accordance with Local Rule 7.1(a)(2), Caitlin Lhommedieu, counsel for Plaintiff, certifies that on August 1, 2005 she conferred with counsel for Defendants, Anastasia Fernands and Ethan Horwitz, about this Motion to Amend the Scheduling Order filed August 5, 2005, and attempted in good faith to resolve the matter, but was unable to reach agreement. The conference took place at 11 a.m. by telephone for approximately 15 minutes.

Caitlin Lhommedieu
GREENBLUM & BERNSTEIN, P.L.C.
1950 Roland Clarke Place
Reston, VA 20191
(703) 716-1191

Dated: Aug 9, 2005