IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BIS Advanced Software Systems, Ltd., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 04-11960-RWZ |
| ) | |
| Red Bend Software, Inc., ) | |
| Red Bend Software, Ltd., ) | |
| Time Warner Inc., ) | |
| ICQ, Inc., ) | |
| InstallShield Software Corp., ) | REQUEST FOR ORAL ARGUMENT |
| and ) | |
| ScanSoft, Inc. ) | |
| ) | |
| Defendants. ) | |

Certificate under Local Rule 7.1

In accordance with Local Rule 7.1(a)(2), Caitlin Lhommedieu, counsel for Plaintiff, certifies that on August 1, 2005 she conferred with counsel for Defendants, Anastasia Fernands and Ethan Horwitz, about this Motion to Amend the Scheduling Order filed August 5, 2005, and attempted in good faith to resolve the matter, but was unable to reach agreement. The conference took place at 11 a.m. by telephone for approximately 15 minutes.

Caitlin Lhommedieu
GREENBLUM & BERNSTEIN, P.L.C.
1950 Roland Clarke Place
Reston, VA 20191
(703) 716-1191

Dated: Aug 9, 2005