IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BIS Advanced Software Systems, Ltd., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 04-11960-RWZ |
| ) | |
| Red Bend Software, Inc., ) | |
| Red Bend Software, Ltd., ) | |
| Time Warner Inc., ) | |
| ICQ, Inc., ) | |
| InstallShield Software Corp., ) | |
| and ) | |
| ScanSoft, Inc. ) | |
| ) | |
| Defendants. ) | |
| ) | |

## PLAINTIFF'S MOTION TO COMPEL DISCOVERY

Pursuant to Fed. R. Civ. P. 37(a)(2)(B), Plaintiff BIS Advanced Software Systems, Ltd. ("Plaintiff") hereby moves for an order requiring Defendants Red Bend Software, Inc., Red Bend Software, Ltd., ICQ, Inc., and InstallShield Software Corp. (collectively, "Defendants") to give full and complete responses to all Plaintiff's discovery requests.

Support for this motion is contained in Plaintiff's Brief in Support of Its Motion to Compel Discovery, filed herewith.

## REQUEST FOR ORAL ARGUMENT

Plaintiff respectfully requests oral argument on this motion.

Respectfully submitted,

BIS ADVANCED SOFTWARE SYSTEMS, LTD.

By its attorneys,

*(signature)*
Daniel P. Tighe (BBO #556583)
Scott McConchie (BBO #634127)
GREISINGER, TIGHE & MAFFEI, LLP
176 Federal Street
Boston, MA 02110-2214
(617) 542-9900

Neil F. Greenblum
Michael J. Fink
Caitlin Lhommedieu
Benjamin P. Kota
GREENBLUM & BERNSTEIN, P.L.C.
1950 Roland Clarke Place
Reston, VA 20191

Dated: August 5, 2005          (703) 716-1191

### Certificate under Local Rule 7.1

In accordance with Local Rule 7.1(a)(2), Caitlin Lhommedieu, counsel for Plaintiff, certifies that on August 1, 2005 she conferred with counsel for Defendants, Anastasia Fernands and Ethan Horwitz, about this Motion and attempted in good faith to resolve the matter, but was unable to reach agreement. The conference took place at 11 a.m., by telephone, for approximately 15 minutes.

*(signature)*
Caitlin Lhommedieu

(L466PL002)

## CERTIFICATE OF SERVICE

I hereby certify that, on August 5, 2005, copies of the Plaintiff's Motion to Compel Discovery were caused to be served upon the following counsel of record:

**By e-mail**

Anastasia Fernands
Goodwin Procter LLP
599 Lexington Avenue
New York, NY 10022

Andrew Valentine
Gray Cary Ware & Freidenrich LLP
2000 University Avenue
East Palo Alto, CA 94303

*/s/ SMcC/*

Scott McConchie
Griesinger, Tighe, & Maffei, LLP
176 Federal Street
Boston, MA 02110-2214
(617) 542-9900