IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BIS ADVANCED SOFTWARE SYSTEMS, LTD., <br><br> Plaintiff, <br><br> v. <br><br> RED BEND SOFTWARE, INC., <br> RED BEND SOFTWARE, LTD., <br> TIME WARNER INC., ICQ, INC., <br> INSTALLSHIELD SOFTWARE CORP., <br> and SCANSOFT, INC. <br><br> Defendants. | Civil Action No. 04-11960-RWZ <br><br> **JURY TRIAL DEMANDED** |

### CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 15.1

I hereby certify that, on June 29, 2005, copies of the Plaintiff's Motion for Leave to Amend the Complaint and a letter notifying the recipient of Plaintiff's intention to file it with the Court were caused to be served upon the following persons by registered mail in compliance with L.R. 15.1.:

Mr. James Wickett
Executive Vice President of Corporate Development
Macrovision Corporation
2830 De La Cruz Boulevard
Santa Clara, CA 95050

Mr. Jan Wareby
Corporate Executive Vice President
Sony Ericsson Mobile Communications (USA) Inc.
7001 Development Drive
Research Triangle Park, NC 27709

Mr. Bernt Klein
Senior Vice President and General Manager
Siemens Information and Communication Mobile LLC
5000 T-Rex Avenue
Suite 300
Boca Raton, FL 33431

Mr. George Nolen
President and CEO
Siemens Communications Inc.
900 Broken Sound Parkway
Boca Raton FL 33487

Mr. Randall Boe
Executive Vice President and General Counsel
America Online, Inc.
22000 AOL Way
Dulles, VA 20166

Caitlin Lhommedieu
GREENBLUM & BERNSTEIN, P.L.C.
1950 Roland Clarke Place
Reston, VA 20191
(703) 716-1191

Dated: August 5, 2005

## CERTIFICATE OF SERVICE

I hereby certify that, on August 5, 2005, copies of the Certificate of Compliance with Local Rule 15.1 were caused to be served upon the following counsel of record:

**By e-mail**

Anastasia Fernands
Goodwin Procter LLP
599 Lexington Avenue
New York, NY 10022

Andrew Valentine
Gray Cary Ware & Freidenrich LLP
2000 University Avenue
East Palo Alto, CA 94303

_/s/ Sm.Cl_
Scott McConchie
Griesinger, Tighe, & Maffei, LLP
176 Federal Street
Boston, MA 02110-2214
(617) 542-9900

3