IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BIS ADVANCED SOFTWARE SYSTEMS, LTD., </br></br> Plaintiff, </br></br> v. </br></br> RED BEND SOFTWARE, INC., RED BEND SOFTWARE, LTD., TIME WARNER INC., ICQ, INC., INSTALLSHIELD SOFTWARE CORP., and SCANSOFT, INC. </br></br> Defendants. | Civil Action No. 04-11960-RWZ |

## JOINT STIPULATION TO
## DISMISS DEFENDANTS SCANSOFT, INC. AND TIME WARNER INC.

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), the parties jointly stipulate to dismiss defendants ScanSoft, Inc. and Time Warner Inc. from this action.

Pursuant to this stipulation, plaintiff BIS Advanced Software Systems, Ltd. stipulates to dismissal, without prejudice, of all of its claims asserted against defendants ScanSoft, Inc. and Time Warner Inc. in this action, and defendants ScanSoft, Inc. and Time Warner Inc. agree to withdraw their affirmative defenses, without prejudice.

In addition, each party agrees to bear its own costs, expenses, and attorneys' fees.

Respectfully submitted,

*/s/ McC/*
_____
Daniel P. Tighe (BBO #556583)
Scott McConchie (BBO #634127)
GRIESINGER, TIGHE & MAFFEI, LLP
176 Federal Street
Boston, MA 02110
(617) 542-9900

Neil F. Greenblum
Michael J. Fink
Benjamin P. Kota
Caitlin Lhommedieu
GREENBLUM & BERNSTEIN, P.L.C.
1950 Roland Clark Place
Reston, VA 20191
(703) 716-1191

**ATTORNEYS FOR BIS ADVANCED SOFTWARE SYSTEMS, LTD.**

*Anastasia Fernands /sm*
_____
Anastasia M. Fernands (BBO #633131)
GOODWIN PROCTER LLP
53 State Street
Boston, MA 02109
(617) 570-1000

Ethan Horwitz
GOODWIN PROCTER LLP
599 Lexington Avenue
New York, NY 10022
(212) 813-8800

**ATTORNEYS FOR RED BEND SOFTWARE, INC.
RED BEND, LTD., TIME WARNER INC., ICQ, INC. and INSTALLSHIELD SOFTWARE CORP.**

*Andrew Valentine /sm*
_____
Bruce E. Falby (BBO #544143)
DLA PIPER RUDNICK GRAY CARY US LLP
One Internal Place, 21st Floor
Boston, MA 02110-2613
(617) 406-6000

John Allcock
Andrew P. Valentine
Timothy Lohse
DLA PIPER RUDNICK GRAY CARY US LLP
2000 University Avenue
East Palo Alto, CA 94303
(650) 833-2000

**ATTORNEYS FOR SCANSOFT, INC.**

Dated: August 5, 2005

(L466PL003)

2

## CERTIFICATE OF SERVICE

I hereby certify that, on August 5, 2005, copies of the parties Joint Stipulation to Dismiss Defendants ScanSoft, Inc. and Time Warner Inc. were caused to be served upon the following counsel of record:

**By e-mail**

Anastasia Fernands
Goodwin Procter LLP
599 Lexington Avenue
New York, NY 10022

Andrew Valentine
Gray Cary Ware & Freidenrich LLP
2000 University Avenue
East Palo Alto, CA 94303

*[signature]*

GRIESINGER, TIGHE & MAFFEI, LLP
Scott McConchie
176 Federal Street
Boston, MA 02110
(617) 542-9900