UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BIS ADVANCED SOFTWARE SYSTEMS, LTD.,<br><br>  Plaintiff,<br><br> v.<br><br>RED BEND SOFTWARE, INC.,<br>RED BEND, LTD.,<br>TIME WARNER INC.,<br>ICQ, INC.<br>INSTALLSHIELD SOFTWARE CORP.,<br>and<br>SCANSOFT, INC.<br><br>  Defendants. | Civil Action No. 04cv11960 (RWZ) |

## **NOTICE OF APPEARANCE**

TO THE CLERK OF THE ABOVE NAMED COURT:

 Please enter the appearance of Brenda R. Sharton as attorney for defendants Red Bend Software, Inc., Red Bend Ltd., ICQ, Inc. and Installshield Software Corp. in the above-captioned action.

LIBB/1366609.1

Respectfully submitted,

/s/ Brenda R. Sharton
Brenda R. Sharton (BBO# 556909)
Goodwin Procter LLP
Exchange Place
Boston, MA 02109
Tel. (617) 570-1000
Fax (617) 523-1231

**ATTORNEY FOR RED BEND SOFTWARE, INC., RED BEND, LTD., ICQ, INC. and INSTALLSHIELD SOFTWARE CORP.**
GOODWIN PROCTER LLP
Exchange Place
Boston, Massachusetts 02109-2881
(617) 570-1000

Dated: August 19, 2005