# EXHIBIT C

**Danielson, Miguel C**

| | |
|---|---|
| **From:** | Fernands, Anastasia M |
| **Sent:** | Wednesday, August 03, 2005 10:36 AM |
| **To:** | CAITLIN LHOMMEDIEU; Michael Fink |
| **Cc:** | Horwitz, Ethan |
| **Subject:** | BIS v. Red Bend et al. |

Dear Michael and Caitlin:

During our telephone conference Monday morning, we discussed you providing us with a specific proposal for a new scheduling plan, including a Rule 30(b)(6) deposition of BIS on document issues, but we still have not received a scheduling proposal from you.

I look forward to hearing from you and receiving the new scheduling proposal.

Anastasia M. Fernands*
Goodwin Procter LLP
599 Lexington Avenue
New York, New York 10022
Tel: (212) 459-7321
Fax: (212) 355-3333

Admitted only in Massachusetts

1