# EXHIBIT B

# GREENBLUM & BERNSTEIN, P.L.C.

PATENT, COPYRIGHT AND TRADEMARK MATTERS

1950 ROLAND CLARKE PLACE

RESTON, VA 20191-1411

TEL: (703) 716-1191

FAX: (703) 716-1180

EMAIL: gbpatent@gbpatent.com

www.gbpatent.com

NEIL F. GREENBLUM
BRUCE H. BERNSTEIN
JAMES L. ROWLAND
ARNOLD TURK
MICHAEL J. FINK
STEVEN WEGMAN*
LESLIE J. PAPERNER*
WILLIAM PIEPEZ*
STEPHEN M. ROYLANCE
ROBERT W. MUELLER
JILL M. BROWNING
ALAN M. LENKIN*
WILLIAM M. LYDDANE
WILLIAM S. BOSEWICK*
PAUL A. BRAIER, Ph.D.
P. BRANKO PEJIC*
JOHN PEKTA*
HERIBERT F. MUENSTERER, Ph.D.*D*
HONG J. XU*
VAN C. ERNEST
LINDA J. HODGE
JOSHUA M. POVSNER*
CLARK W. MARTIN*
OLIVER R. ASHE, JR.
DANIEL B. MOON
HANNO RITTNER
BRIAN C. CAREY*
PAUL T. LEE*
JOHN V. MAZZOLA *

CAITLIN LHOMMEDIEU
SARAH S. TOOMEY*
KATHY K. TAKEGUCHI *
WESLEY NICOLAS *
BENJAMIN P. KOYA*
RYAN RAFFERTY
JAMES KENNETH MOORE, JR.*
CHARLES D. NIEBYLSKI, Ph.D.*
JAMES M. McALERNAN*

OF COUNSEL:
BRUCE H. STONER, JR.
EDWARD F. KENEHAN, JR.*
ANDREW M. CALDERON

TECHNICAL ADVISORS:
TU ANH PHAN, Ph.D.
KATRIN VENTER, Ph.D.
DONALD SCALTRITO, Ph.D.
AKIRA IRIE
THOMAS WEBER, Ph.D.
AZY SOPHIA KORABI

*ADMITTED TO A BAR
  OTHER THAN VA
* EUROPEAN PATENT ATTORNEY
* KOREAN PATENT ATTORNEY
*REGISTERED PATENT AGENT

June 29, 2005

Anastasia Fernands
Goodwin Procter LLP
599 Lexington Avenue
New York, NY 10022

BY CERTIFIED MAIL

Re:    BIS Advanced Software Systems, Ltd. v. Red Bend Software, Inc., et al (our
reference no. J333802)

Dear Anastasia,

Enclosed please find a revised copy of our client's Motion to Amend the Complaint in
the above-referenced case and a copy of the proposed Amended Complaint. We intend to file this
motion ten business days after the date of this letter.

Very truly yours,
GREENBLUM & BERNSTEIN

Caitlin Lhommedieu

CKL/as
J333802.L78

LAW OFFICES
# GREENBLUM & BERNSTEIN, P.L.C.
PATENT, COPYRIGHT AND TRADEMARK MATTERS
1950 ROLAND CLARKE PLACE
RESTON, VA 20191-1411
TEL: (703) 716-1191
FAX: (703) 716-1180
EMAIL: gbpatent@gbpatent.com
www.gbpatent.com

NEIL F. GREENBLUM
BRUCE E. BERNSTEIN
JAMES L. ROWLAND
ARNOLD TURK
MICHAEL J. FINK
STEVEN WEGMAN
LESLIE J. PAPERNER
WILLIAM PIEREZ
STEPHEN M. ROYLANCE
ROBERT W. MUELLER
JILL M. BROWNING
ALAN M. LYNKIN
WILLIAM E. LYDDANE
WILLIAM S. BOSHNICK
PAUL A. BRAIER, Ph.D.
P. BRANKO PEJIC
JOHN PREJTA
HERIBERT F. MUENSTERER, Ph.D.
HONG J. XU
VAN C. ERNEST
LINDA J. HODGE
JOSHUA M. POVSNER
CLARK W. MARTIN
OLIVER R. ASHE, JR.
DANIEL B. MOON
HANNO RITTNER
BRIAN C. CAREY
PAUL T. LEE
JOHN V. MAZZOLA

CAITLIN LHOMMEDIEU
SARAH S. TOOMEY
KATHY K. TAKEUCHI
WESLEY NICOLAS
BENJAMIN P. KOTA
RYAN RAFFERTY
JAMES KENNETH MOORE, JR
CHARLES D. NIEBYLSKI,Ph.D.
JAMES M. McALEENAN

OF COUNSEL:
BRUCE H. STONER, JR.
EDWARD F. KENEHAN, JR.
ANDREW M. CALDERON

TECHNICAL ADVISORS:
TU ANH FRAN, Ph.D.
KATRIN VENTER, Ph.D.
DONALD SCALTRITO, Ph.D.
AKIRA IRIE
THOMAS WEBER, Ph.D.
AZY SOPHIA KOKABI

ADMITTED TO A BAR
  OTHER THAN VA
EUROPEAN PATENT ATTORNEY
KOREAN PATENT ATTORNEY
REGISTERED PATENT AGENT

June 29, 2005

Mr. James Wickett
Executive Vice President of Corporate Development
Macrovision Corporation
2830 De La Cruz Boulevard
Santa Clara, CA 95050

BY CERTIFIED MAIL

Re:    BIS Advanced Software Systems, Ltd. v. Red Bend Software, Inc., et al
       (our reference no. J333802)

Dear Mr. Wickett,

        Enclosed please find a revised copy of our client's Motion to Amend the Complaint in
the above-referenced case and a copy of the proposed Amended Complaint. We intend to file this
motion ten business days after the date of this letter..

                            Very truly yours,
                            GREENBLUM & BERNSTEIN

                            Caitlin Lhommedieu

CKL/as

J333802.L78

LAW OFFICES
## GREENBLUM & BERNSTEIN, P.L.C.

NEIL F. GREENBLUM
BRUCE H. BERNSTEIN
JAMES L. BOWLAND
ARNOLD TURK
MICHAEL J. FINK
STEVEN WEGMAN*
LESLIE J. PAPERNER'
WILLIAM PIEPEZ'
STEPHEN M. ROYLANCE
ROBERT W. MUELLER
JILL M. BROWNING
ALAN M. LENKIN*
WILLIAM E. LYDDANE
WILLIAM S. BOSHNICK*
PAUL A. BRAIER, Ph.D.
P. BRANKO PEJIC'
JOHN PREZA'
HERLBERT F. MUENSTERER, Ph.D.^D*
HONG J. XU*
VAN C. ERNEST
LINDA J. HODGE
JOSHUA M. POVSNER*
CLARK W. MARTIN'
OLIVER R. ASHE, JR.
DANIEL B. MOON
HANNO BITTNER
BRIAN C. CLARK'
PAUL T. LEE'
JOHN V. MAZZOLA □

PATENT, COPYRIGHT AND TRADEMARK MATTERS
1950 ROLAND CLARKE PLACE
RESTON, VA 20191-1411
TEL: (703) 716-1191
FAX: (703) 716-1180
EMAIL: gbpatent@gbpatent.com
www.gbpatent.com

CAITLIN LHOMMEDIEU
SARAH S. TOOKEY'
KATHY K. TAKEGUCHI □
WESLEY NICOLAS □
BENJAMIN P. KOTA'
STAN RAFFERTY
JAMES KENNETH MOORE, JR.□
CHARLES D. NIEBYLSKI,Ph.D.*
JAMES M. McALEENAN'

OF COUNSEL:
BRUCE H. STONER, JR.
EDWARD F. KENEHAN, JR.'
ANDREW M. CALDERON

TECHNICAL ADVISORS:
TU ANH PHAN, Ph.D.
KATRIN VENTER, Ph.D.
DONALD SCALTRITO, Ph.D.
AKIBA IBIE
THOMAS WEBER, Ph.D.
AZY SOPHIA KOKABI

'ADMITTED TO A BAR
    OTHER THAN VA
* EUROPEAN PATENT ATTORNEY
^ KOREAN PATENT ATTORNEY
□ REGISTERED PATENT AGENT

June 29, 2005

Mr. Jan Wareby
Corporate Executive Vice President
Sony Ericsson Mobile Communications (USA) Inc.
7001 Development Drive
Research Triangle Park, NC 27709

BY CERTIFIED MAIL

Re:    BIS Advanced Software Systems, Ltd. v. Red Bend Software, Inc., et al
       (our reference no. J333802)

Dear Mr. Wareby:

Enclosed please find a revised copy of our client's Motion to Amend the Complaint in the above-referenced case and a copy of the proposed Amended Complaint. We intend to file this motion ten business days after the date of this letter..

Very truly yours,
GREENBLUM & BERNSTEIN

Caitlin Lhommedieu

CKL/as

J333802.L78

LAW OFFICES
## GREENBLUM & BERNSTEIN, P.L.C.
PATENT, COPYRIGHT AND TRADEMARK MATTERS
1950 ROLAND CLARKE PLACE
RESTON, VA 20191-1411
TEL: (703) 716-1191
FAX: (703) 716-1180
EMAIL: gbpatent@gbpatent.com
www.gbpatent.com

June 29, 2005

Mr. Bernt Klein
Senior Vice President and General Manager
Siemens Information and Communication Mobile LLC
5000 T-Rex Avenue
Suite 300
Boca Raton, FL 33431

BY CERTIFIED MAIL

Re:   BIS Advanced Software Systems, Ltd. v. Red Bend Software, Inc., et al
(our reference no. J333802)

Dear Mr. Klein:

Enclosed please find a revised copy of our client's Motion to Amend the Complaint in the above-referenced case and a copy of the proposed Amended Complaint. We intend to file this motion ten business days after the date of this letter.

Very truly yours,
GREENBLUM & BERNSTEIN

Caitlin Lhommedieu

CKL/as

J333802.L78

LAW OFFICES
# GREENBLUM & BERNSTEIN, P.L.C.

NEIL F. GREENBLUM
BRUCE H. BERNSTEIN
JAMES L. ROWLAND
ARNOLD TURK
MICHAEL J. FINK
STEVEN WEGMAN*
LESLIE J. PAPENNER*
WILLIAM PIEPRZ*
STEPHEN M. ROYLANCE
ROBERT W. MUELLER
JILL M. BROWNING
ALAN M. LENKIN*
WILLIAM R. LYDDANE
WILLIAM S. BOSEMICK*
PAUL A. BRAIER, Ph.D.
P. BRANKO PEJIC*
JOHN PRETA
HERIBERT F. MUENSTERER, Ph.D.*
HONG J. XU*
VAN C. ERNEST
LINDA J. HODGE
JOSHUA M. POVSNER*
CLARK W. MARTIN*
OLIVER R. ASHE, JR.
DANIEL B. MOON
RANNO RITTNER
BRIAN C. CAREY*
PAUL T. LEE*
JOHN V. MAZZOLA □

PATENT, COPYRIGHT AND TRADEMARK MATTERS
1950 ROLAND CLARKE PLACE
RESTON, VA 20191-1411
TEL: (703) 716-1191
FAX: (703) 716-1180
EMAIL: gbpatent@gbpatent.com
www.gbpatent.com

CAITLIN LHOMMEDIEU
SARAH S. TOOKEY*
KATHY R. TAKEGUCHI □
WESLEY NICOLAS □
BENJAMIN F. KOTA*
STAN RAFFERTY
JAMES KENNETH MOORE, JR.□
CHARLES D. NIEDYLSKI,Ph.D.*
JAMES M. McALSENAN*

OF COUNSEL:
BRUCE H. STONER, JR.
EDWARD F. KENEHAN, JR.*
ANDREW M. CALDERON

TECHNICAL ADVISORS:
TU ANH PHAN, Ph.D.
KATRIN VENTER, Ph.D.
DONALD SCALTRITO, Ph.D.
AKIRA IRIE
THOMAS WEBER, Ph.D.
AZY SOPHIA KOKABI

*ADMITTED TO A BAR
 OTHER THAN VA
*EUROPEAN PATENT ATTORNEY
*KOREAN PATENT ATTORNEY
□REGISTERED PATENT AGENT

June 29, 2005

Mr. George Nolen
President and CEO
Siemens Communications Inc.
900 Broken Sound Parkway
Boca Raton FL 33487

BY CERTIFIED MAIL

Re:    BIS Advanced Software Systems, Ltd. v. Red Bend Software, Inc., et al
       (our reference no. J333802)

Dear Mr. Nolen,

Enclosed please find a revised copy of our client's Motion to Amend the Complaint in the above-referenced case and a copy of the proposed Amended Complaint. We intend to file this motion ten business days after the date of this letter..

Very truly yours,
GREENBLUM & BERNSTEIN

Caitlin Lhommedieu

CKL/as

J333802.L78

NEIL F. GREENBLUM
BRUCE H. BERNSTEIN
JAMES L. ROWLAND
ARNOLD TURK
MICHAEL J. FINK
STEVEN WROMAN
LESLIE J. PAPEBNEB
WILLIAM PIEPRZ
STEPHEN M. ROYLANCE
ROBERT W. MUELLER
JILL M. BROWNING
ALAN M. LEWKIN
WILLIAM E. LYDDANE
WILLIAM S. BOSHNICK
PAUL A. BRAIER, Ph.D.
P. BRANKO PEJIC
JOHN PREZA
HERBERT F. KUENSTERER, Ph.D.
HONG J. XU
VAN C. ERNEST
LINDA J. HODGE
JOSHUA M. POVSNER
CLARK W. MARTIN
OLIVER R. ASKE, JR.
DANIEL R. MOON
HANNO BITTNER
BRIAN C. CAREY
PAUL T. LEE
JOHN V. MAZZOLA

## LAW OFFICES
# GREENBLUM & BERNSTEIN, P.L.C.

PATENT, COPYRIGHT AND TRADEMARK MATTERS

1950 ROLAND CLARKE PLACE

RESTON, VA 20191-1411

TEL: (703) 716-1191

FAX: (703) 716-1180

EMAIL: gbpatent@gbpatent.com

www.gbpatent.com

CAITLIN LHOMMEDIEU
SARAH S. TOOMEY
KATHY K. TAKEOUCHI
WESLEY NICOLAS
BENJAMIN P. KOTA
RYAN RAFFERTY
JAMES KENNETH MOORE, JR.
CHARLES D. NIEBYLSKI, Ph.D.
JAMES M. MCALEENAN

OF COUNSEL:
BRUCE H. STONER, JR.
EDWARD F. KENEHAN, JR.
ANDREW M. CALDERON

TECHNICAL ADVISORS:
IG ANH PHAN, Ph.D.
KATRIN VENTER, Ph.D.
DONALD SCALTRITO, Ph.D.
AKIRA IRIE
THOMAS WEBER, Ph.D.
AZY SOPHIA KORABI


*ADMITTED TO A BAR
 OTHER THAN VA
*EUROPEAN PATENT ATTORNEY
*KOREAN PATENT ATTORNEY
*REGISTERED PATENT AGENT

June 29, 2005

Mr. Randall Boe
Executive Vice President and General Counsel
America Online, Inc.
22000 AOL Way
Dulles, VA 20166
(703) 265-1000

BY CERTIFIED MAIL

    Re:    BIS Advanced Software Systems, Ltd. v. Red Bend Software, Inc., et al (our reference no. J333802)

Dear Mr. Boe,

    Enclosed please find a revised copy of our client's Motion to Amend the Complaint in the above-referenced case and a copy of the proposed Amended Complaint. We intend to file this motion ten business days after the date of this letter.

Very truly yours,
GREENBLUM & BERNSTEIN

Caitlin Lhommedieu

CKL/as

J333802.L78

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BIS Advanced Software Systems, Ltd., )<br><br>Plaintiff, )<br><br>v. )<br><br>Red Bend Software, Inc., )<br>Red Bend Software, Ltd., )<br>Time Warner Inc., )<br>ICQ, Inc., )<br>InstallShield Software Corp., )<br>and )<br>ScanSoft, Inc., )<br>Defendants. )<br>_____) | Civil Action No. 04-11960-RWZ |

## MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT

Plaintiff BIS Advanced Software Systems, Ltd. (hereinafter "Plaintiff") requests

leave of this Court to file an Amended Complaint to add five defendants: Siemens

Communications, Inc., Siemens Information and Communication Mobile LLC, Sony

Ericsson Mobile Communications (USA) LLC, America Online, Inc., and Macrovision

Corporation (collectively, the "Proposed New Defendants")[1] and to drop one Defendant,

Time Warner, Inc., without prejudice (which will be accomplished with a stipulation of

dismissal pursuant to Rule 41).

---

1      Additionally, Plaintiff is considering whether to seek leave to amend the Complaint to add two other
proposed new defendants, namely, RealNetworks, Inc. and Symbian, Inc. Plaintiff does not seek this
amendment at this time because it is corresponding with these corporations in an effort to resolve this dispute
without the Court's intervention. Plaintiff, though, brings this fact to the Court's attention in anticipation of the
possibility that Plaintiff might later seek a second amendment of the Complaint.

Leave to amend a pleading shall be "freely given when justice so requires." Fed. R.

Civ. P. 15(a). Regarding Rule 15(a), the Supreme Court has stated: "this mandate is to be

heeded." *Foman v. Davis*, 371 U.S. 178, 182 (1962). The Supreme Court further explained:

> If the underlying facts or circumstances relied upon by a plaintiff may be a
> proper subject of relief, he ought to be afforded an opportunity to test his
> claim on the merits. In the absence of any apparent or declared reason - such
> as undue delay, bad faith or dilatory motive on the part of the movant,
> repeated failure to cure deficiencies by amendments previously allowed,
> undue prejudice to the opposing party by virtue of allowance of the
> amendment, futility of amendment, etc. — the leave sought should, as the
> rules require, be "freely given."

*Id.; accord United States v. Hougham*, 364 U.S. 310, 316 (1960); *Gillespie v. United States*

*Steel Corp.*, 379 U.S. 148, 158 (1964).

The First Circuit has likewise stated that leave to amend should be "freely given," and

that it may be an abuse of discretion to deny an amendment which states a valid cause of

action. *Gaffney v. Silk*, 488 F.2d 1248, 1251 (1st Cir. 1973).

In this case, there is no substantial reason, such as undue prejudice to the non-moving

party or futility, that would preclude amendment of the complaint. Plaintiff's Motion for

Leave to File an Amended Complaint should be granted because: (1) neither the existing

Defendants nor the Proposed New Defendants would be unduly prejudiced; (2) the proposed

amendment states a viable cause of action; (3) there would be no undue delay in the

proceedings; and (4) Plaintiff has not acted in bad faith.

Upon information and belief, the Proposed New Defendants license from the

Defendants Red Bend, and use the accused software products in services or products which

each then offers to its respective customers and prospects, and thus infringe the patent-in-suit

*See* Exhibit A (printout of Defendants' Red Bend Ltd. and Red Bend Software, Inc.'s

customers/partners web page, *at* http://www.redbend.com/partners/ (May 19, 2005)).

2

The parties are now conducting written discovery and have not yet begun depositions. Therefore, Plaintiff now seeks to add the Proposed New Defendants to the present suit. Plaintiff's motion to amend the complaint should be granted because such amendment would not result in prejudice to the existing nor the Proposed New Defendants, or undue delay.

The proposed Amended Complaint is submitted herewith.

Counsel for the defendants have indicated that they do not oppose the dismissal without prejudice of Time Warner Inc. but they otherwise oppose this motion.

3

WHEREFORE, Plaintiff respectfully requests that this Court grant its Motion for Leave to

File an Amended Complaint.

June 29, 2005

BIS Advanced Software Systems, Ltd.,

By its Attorneys

GRIESINGER, TIGHE, & MAFFEI, LLP
Daniel P. Tighe (BBO #556583)
176 Federal Street
Boston, Massachusetts 02110-2214
(703) 617-542-9900


GREENBLUM & BERNSTEIN, P.L.C.
Neil F. Greenblum
Michael J. Fink
Caitlin Lhommedieu
1950 Roland Clarke Place
Reston, Virginia 20191
(703) 716-1191

Admitted pro hac vice

4

EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| BIS Advanced Software Systems, Ltd., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-11960-RWZ |
| | ) | |
| Red Bend Software, Inc., | ) | |
| Red Bend Software, Ltd., | ) | |
| ICQ, Inc., | ) | |
| InstallShield Software Corp., | ) | **JURY TRIAL DEMANDED** |
| ScanSoft, Inc., | ) | |
| Siemens Communications Inc., | ) | |
| Siemens Information and Communication | ) | |
| Mobile LLC, | ) | |
| Sony Ericsson Mobile Communications | ) | |
| (USA) LLC, and | ) | |
| America Online, Inc., | ) | |
| Macrovision Corporation, | ) | |
| | ) | |
| Defendants. | ) | |

## FIRST AMENDED COMPLAINT

Plaintiff BIS Advanced Software Systems, Ltd. by and through its attorneys, hereby demands a jury trial and alleges, upon information and belief, for its Complaint against Defendants Red Bend Software, Inc., Red Bend Software, Ltd., ICQ, Inc., InstallShield Software Corp., ScanSoft, Inc., Siemens Communications Inc., Siemens Information and Communication Mobile LLC, Sony Ericsson Mobile Communications (USA) Inc., America Online, Inc. and Macrovision Corporation as follows:

## THE PARTIES

1.      Plaintiff BIS Advanced Software Systems, Ltd. (hereinafter, "Plaintiff") is an Israeli company, with its principal place of business at 35 Montefiore Street, Tel Aviv, 65201 Israel.

2.      Plaintiff is the assignee of U.S. Patent No. 6,401,239 (hereinafter, "the '239 Patent"), a true and correct copy of which is attached with the Certificate of Correction as Exhibit A.

3.      Defendant Red Bend Software, Inc. is organized and existing under the laws of the Commonwealth of California, with its principal place of business at 175 Crossing Blvd., Suite 320, Framingham, Massachusetts 01702.

4.      Defendant Red Bend Software, Ltd. is an Israeli company, with its principal place of business at 11 Amal Street, Afek Industrial Park, Rosh Ha'ayin, 48092 Israel.

5.      Defendant ICQ, Inc. is organized and existing under the laws of the State of Delaware, with its principal place of business at 22000 AOL Way, Dulles, Virginia 20166. Upon information and belief, ICQ, Inc. is a wholly owned subsidiary of Time Warner, Inc.

6.      Defendant InstallShield Software Technologies, Inc. is organized and existing under the laws of the Commonwealth of Illinois, with its principal place of business at 900 National Parkway, Suite 125, Schaumberg, Illinois 60173.

7.      Defendant ScanSoft, Inc. is organized and existing under the laws of the State of Delaware, with its principal place of business at 9 Centennial Drive, Peabody, Massachusetts 01960.

2

8. Defendant Siemens Communications Inc., is organized and existing under the laws of the State of Delaware, with its principal place of business at 900 Broken Sound Parkway Boca Raton, FL 33487.

9. Defendant Siemens Information and Communication Mobile LLC,. is organized and existing under the laws of the State of Delaware, with its principal place of business at 5000 T-Rex Avenue, Suite 300 Boca Raton, FL 33431.

10. Defendant Sony Ericsson Mobile Communications (USA) Inc. is organized and existing under the laws of the State of Delaware, with its principal place of business at 7001 Development Drive P.O. Box 13969 Research Triangle Park, NC 27709.

11. Defendant America Online, Inc. is organized and existing under the laws of the State of Delaware, with its principal place of business at 22000 AOL Way, Dulles, VA 20166.

12. Defendant Macrovision Corporation is organized and existing under the laws of the State of Delaware, with its principal place of business at 2830 De La Cruz Boulevard Santa Clara, CA 95050.

## JURISDICTION AND VENUE

13. Subject matter jurisdiction of this Court is proper under 28 U.S.C. §§ 1331 and 1338.

14. This Court can properly exercise personal jurisdiction over Defendant Red Bend Software, Inc. by virtue of the fact that it is headquartered in the Commonwealth of Massachusetts, thereby availing itself of the laws of the Commonwealth of Massachusetts and deriving the protections and benefits thereof.

3

15.     This Court can properly exercise personal jurisdiction over Defendant Red Bend Software, Ltd. by virtue of the facts that it is related to Red Bend Software, Inc. and that it placed infringing software in the stream of commerce, through its U.S. Massachusetts facility, thereby availing itself of the laws of the Commonwealth of Massachusetts and deriving the protections and benefits thereof.

16.     This Court can properly exercise personal jurisdiction over Defendants America Online, Inc. and ICQ, Inc. by virtue of the fact that, upon information and belief, they have used infringing computer software to download updates to their customers in the District of Massachusetts, including, but not limited to, software under the brand names "vCurrent" and/or "vBuild for InstallShield" thereby availing themselves of the laws of the Commonwealth of Massachusetts and deriving the protections and benefits thereof.

17.     This Court can properly exercise personal jurisdiction over Defendant InstallShield Software Corp. by virtue of the fact that, upon information and belief, it has offered for sale and/or sold infringing computer software in the Commonwealth of Massachusetts, including, but not limited to, software under the brand names "vCurrent," "vBuild for InstallShield," and/or "InstallShield Update Service," thereby availing themselves of the laws of the Commonwealth of Massachusetts and deriving the protections and benefits thereof.

18.     This Court can properly exercise personal jurisdiction over Defendant ScanSoft, Inc. by virtue of the fact that they are headquartered in the Commonwealth of Massachusetts, thereby availing themselves of the laws of the Commonwealth of Massachusetts and deriving the protections and benefits thereof, and by virtue of the fact that, upon information and belief, they

4

have used infringing computer software in the Commonwealth of Massachusetts, including, but not limited to, software under the brand name "InstallShield Update Service."

19.    This Court can properly exercise personal jurisdiction over Defendant Siemens Communication, Inc., by virtue of the fact that they are registered to do business in the Commonwealth of Massachusetts, and upon information and belief, they contract to supply mobile telephones in this commonwealth, thereby availing themselves of the laws of the Commonwealth of Massachusetts and deriving the protections and benefits thereof.

20.    This Court can properly exercise personal jurisdiction over Defendant Siemens Information and Communication Mobile LLC., by virtue of the fact that they are registered to do business in the Commonwealth of Massachusetts, and upon information and belief, they contract to supply mobile telephones in this commonwealth, thereby availing themselves of the laws of the Commonwealth of Massachusetts and deriving the protections and benefits thereof.

21.    This Court can properly exercise personal jurisdiction over Defendant Sony Ericsson Mobile Communications (USA) Inc., by virtue of the fact that, upon information and belief, they contract to supply mobile telephones in this commonwealth, thereby availing themselves of the laws of the Commonwealth of Massachusetts and deriving the protections and benefits thereof.

22.    This Court can properly exercise personal jurisdiction over Defendant Macrovision Corporation by virtue of the fact that, upon information and belief, they have offered for sale, sold and/or made available the infringing computer software in the Commonwealth of Massachusetts, including, but not limited to, software under the brand names "vCurrent," "vBuild for InstallShield," and/or "InstallShield Update Service," thereby availing

5

themselves of the laws of the Commonwealth of Massachusetts and deriving the protections and benefits thereof.

23. Venue for the present action properly lies in this District pursuant to 28 U.S.C. §§ 1391(a) and (b).

## THE PATENT-IN-SUIT

24.    The '239 Patent, entitled "System and method for quick downloading of electronic files," was duly and legally issued on June 4, 2002.

25.    The '239 Patent is properly assigned to Plaintiff.

## BACKGROUND

26.    On or about March 22, 1999, Plaintiff filed a patent application which ultimately matured into the '239 Patent.

27.    The '239 Patent refers generally a system and method for improved transfer of electronic files.

28.    In letters dated January 30, 2002, Plaintiff notified Defendants Red Bend, Ltd. and InstallShield Software Corp. that certain computer software that they each manufactured, used, or sold infringed the '239 Patent.

29.    On more than one occasion since January 30, 2002, Plaintiff has notified Defendants Red Bend, Ltd. and InstallShield Software Corp. of the continuing infringement by the computer software that they manufactured, used, or sold.

6

## COUNT 1 — PATENT INFRINGEMENT

30.    Plaintiffs incorporate by reference the allegations of paragraphs 1 through 29 above, as if fully set forth herein.

31.    Defendants Red Bend Software, Inc., Red Bend Software, Ltd., ICQ, Inc., InstallShield Software Corp., ScanSoft, Inc., Siemens Communication Inc., Siemens Information and Communication Mobile LLC, Sony Ericsson Mobile Communications (USA) Inc., America Online, Inc. and Macrovision Corporation (hereinafter, collectively, the "Defendants") have made, used, offered to sell, and/or sold in the United States, and/or imported into the United States computer software incorporating the technology claimed in the '239 Patent without Plaintiff's authorization.

32.    Defendants continue to manufacture, use, offer for sale, and/or sell within the United States and/or import into the United States computer software incorporating the technology claimed in the '239 Patent without Plaintiff's authorization.

33.    Defendants have and continue to induce and/or engage in contributory infringement by marketing, selling, distributing and servicing computer software within the United States incorporating the technology claimed by the '239 Patent without Plaintiff's authorization.

34.    The aforementioned acts by Defendants, including making, using, selling, offering for sale, importing, distributing, maintaining and/or servicing computer software, infringe and/or have infringed the '239 Patent pursuant to at least Title 35 U.S.C. § 271(a), (b) and/or (c).

35.    Defendants do not have a license to make, use, sell, offer for sale or import computer software which incorporates the technology covered by the '239 Patent.

7

36.    Defendants' infringement of the '239 Patent has been, and continues to be, willful.

PRAYER FOR RELIEF

WHEREFORE, Plaintiff seeks a judgment against Defendants as follows:

a.  Declaring that Defendants have infringed the '239 Patent;

b.  Declaring that Defendants have induced infringement and engaged in contributory infringement of the '239 Patent;

c.  Awarding Plaintiff damages for Defendants' infringement of the '239 Patent;

d.  Declaring that Defendants' infringement of the '239 Patent is and has been willful;

e.  Awarding Plaintiff treble damages and attorneys' fees for Defendants' willful infringement of the '239 Patent;

f.  Enjoining Defendants from infringing the '239 Patent in the future;

8

g.  Declaring that the case is exceptional pursuant to 35 U.S.C. § 285; and

h.  Awarding Plaintiff such other and further relief as the Court may deem just and

   proper.

July _____, 2005

                              BIS Advanced Software Systems, Ltd.,


                              By its Attorneys


                              _____
                              GRIESINGER, TIGHE, & MAFFEI, LLP
                              Daniel P. Tighe (BBO #556583)
                              176 Federal Street
                              Boston, Massachusetts 02110-2214
                              (703) 617-542-9900


                              GREENBLUM & BERNSTEIN, P.L.C.
                              Neil F. Greenblum
                              Michael J. Fink
                              Caitlin Lhommedieu
                              1950 Roland Clarke Place
                              Reston, Virginia 20191
                              (703) 716-1191

                              Admitted pro hac vice