# EXHIBIT C

# GOODWIN | PROCTER

Miguel D. Danielson
617.570.1060
mdanielson@
goodwinprocter.com

Goodwin Procter LLP
Counsellors at Law
Exchange Place
Boston, MA 02109
T: 617.570.1000
F: 617.523.1231

**Via Federal Express**

July 12, 2005

Michael Fink, Esq.
Greenblum & Bernstein, P.L.C.
1950 Roland Clarke Place
Reston, VA 20191-1411

Re: **BIS Advanced Software Systems, Ltd. v. Red Bend Software, Inc., et al., Civil Action No. 04-11960**

Dear Michael:

Enclosed is a CD-ROM containing documents Bates numbered RB0042660 to RB0044962 in connection with the above-referenced matter. These documents are produced subject to and with confidentiality designations specified in the Protective Order between the parties.

Should you have any questions, please do not hesitate to contact Anastasia Fernands or myself.

Very truly yours,

Miguel C. Danielson

MCD:
Enclosures

cc: Daniel P. Tighe, Esq. (*w/out encl.*)
Bruce E. Falby, Esq. (*w/out encl.*)
Ethan Horwitz, P.C. (*w/out encl.*)
Anastasia Fernands, Esq.

2539717