# EXHIBIT D

Case 1:04-cv-11960-RWZ    Document 43-5    Filed 08/19/2005    Page 1 of 2

**GOODWIN | PROCTER**

Miguel D. Danielson
617.570.1060
mdanielson@
goodwinprocter.com

Goodwin Procter LLP
Counsellors at Law
Exchange Place
Boston, MA 02109
T: 617.570.1000
F: 617.523.1231

**Via Federal Express**

August 18, 2005

Caitlin Lhommedieu, Esq.
Greenblum & Bernstein, P.L.C.
1950 Roland Clarke Place
Reston, VA 20191-1411

Re: **BIS Advanced Software Systems, Ltd. v. Red Bend Software, Inc., et al.,
Civil Action No. 04-11960**

Dear Caitlin:

Enclosed are two CD-ROMs containing documents Bates numbered RB0044963 to RB0045840, and ICQ0000175, respectively, in connection with the above-referenced matter. These documents are produced subject to and with confidentiality designations specified in the Protective Order between the parties.

Should you have any questions, please do not hesitate to contact Anastasia Fernands or myself.

Very truly yours,

*Miguel C. Danielson*

MCD:
Enclosures

cc: Daniel P. Tighe, Esq. (*w/out encl.*)
Bruce E. Falby, Esq. (*w/out encl.*)
Ethan Horwitz, P.C. (*w/out encl.*)
Anastasia Fernands, Esq.

2569992