# EXHIBIT I

LAW OFFICES
# GREENBLUM & BERNSTEIN, P.L.C.
PATENT, COPYRIGHT AND TRADEMARK MATTERS
1950 ROLAND CLARKE PLACE
RESTON, VA 20191-1411
TEL: (703) 716-1191
FAX: (703) 716-1180
EMAIL: gbpatent@gbpatent.com
www.gbpatent.com

NEIL F. GREENBLUM
BRUCE H. BERNSTEIN
JAMES L. HOWLAND
ARNOLD TURK
MICHAEL J. FINK
STEVEN WEGMAN*
LESLIE J. PAPERNER*
WILLIAM PIEPEZ*
STEPHEN M. HOYLANCE
ROBERT W. MUELLER
JILL M. BROWNING
ALAN M. LEWKIN*
WILLIAM E. LYDDANE
WILLIAM S. BOSHNICK*
PAUL A. BRAIER, Ph.D.
P. BRANKO PEJIC*
JOHN PHETA*
HERIBERT F. MUENSTERER, Ph.D.◊*
HONG J. XU
VAN C. ERNEST
LINDA J. HODGE
JOSHUA M. POVSNER*
CLARK W. MARTIN*
OLIVER E. ASHE, JR.
DANIEL B. MOON
HANNO BITTNER
BRIAN C. CAREY*
PAUL T. LEE*
JOHN V. MAZZOLA◊

CAITLIN LHOMMEDIEU
SARAH S. TOOMEY*
KATHY K. TAKEGUCHI◊
WESLEY NICOLAS◊
BENJAMIN P. KOTA*
RYAN RAFFERTY
JAMES KENNETH MOORE, JR.◊
CHARLES D. NIEBYLSKI, Ph.D.*
JAMES M. McALERNAN*

OF COUNSEL:
BRUCE B. STONER, JR.
EDWARD F. KENEHAN, JR.*
ANDREW M. CALDERON

TECHNICAL ADVISORS:
TU ANH PHAN, Ph.D.
KATRIN VENTER, Ph.D.
DONALD SCALTRITO, Ph.D.
AKIRA IRIE
THOMAS WEBER, Ph.D.
AZY SOPHIA KORABI

*ADMITTED TO A BAR OTHER THAN VA
* EUROPEAN PATENT ATTORNEY
† KOREAN PATENT ATTORNEY
◊ REGISTERED PATENT AGENT

July 7, 2005

<u>Via Fedex</u>

Anastasia Fernands
Goodwin Proctor LLP
599 Lexington Avenue
New York, NY 10022

Re: <u>BIS v. Red Bend Software Inc.
(Our Ref: J333802)</u>

Dear Anastasia,

Please find enclosed documents BIS 001427 through BIS 003023. Please note that all of the enclosed documents have been marked "Highly Confidential", and until the stipulated Protective Order is entered by the court, as agreed, these documents are to be treated as "Attorneys Eyes Only."

Very truly yours,
GREENBLUM & BERNSTEIN, P.L.C.

Michael J. Fink

Enclosures: As noted.

LAW OFFICES
## GREENBLUM & BERNSTEIN, P.L.C.
PATENT, COPYRIGHT AND TRADEMARK MATTERS
1950 ROLAND CLARKE PLACE
RESTON, VA 20191-1411
TEL: (703) 716-1191
FAX: (703) 716-1180
EMAIL: gbpatent@gbpatent.com
www.gbpatent.com

NEIL F. GREENBLUM
BRUCE H. BERNSTEIN
JAMES L. ROWLAND
ARNOLD TURK
MICHAEL J. FINK
STEVEN WEGMAN*
LESLIE J. PAPERNER*
WILLIAM PIEPRZ*
STEPHEN M. ROYLANCE
ROBERT W. MUELLER
JILL M. BROWNING
ALAN M. LENKIN*
WILLIAM E. LYDDANE
WILLIAM S. BOSHNICK*
PAUL A. BRAIER, Ph.D.
P. BRANKO PEJIC*
JOHN PRETA*
HERIBERT F. MUENSTERER, Ph.D.◊*
BONG J. XU*
VAN C. ERNEST
LINDA J. HODGE
JOSHUA M. POVSNER*
CLARK W. MARTIN*
OLIVER R. ASHE, JR.
DANIEL B. MOON
HANNO BITTNER
BRIAN C. CAREY*
PAUL T. LEE*
JOHN V. MAZZOLA◊

CAITLIN LEOMMEDIEU
SARAH S. TOOMEY*
KATHY K. TAKEGUCHI◊
WESLEY NICOLAS◊
BENJAMIN P. KOTA*
RYAN RAFFERTY
JAMES KENNETH MOORE, JR.◊
CHARLES D. NIERETLSKI, Ph.D.*
JAMES M. MCALEENAN*

OF COUNSEL:
BRUCE B. STONER, JR.
EDWARD F. KENEHAN, JR.*
ANDREW M. CALDERON

TECHNICAL ADVISORS:
TU ANH PHAN, Ph.D.
KATRIN VENTER, Ph.D.
DONALD SCALTRITO, Ph.D.
AKIRA IRIE
THOMAS WEBER, Ph.D.
AZY SOPHIA KOKABI

*ADMITTED TO A BAR
 OTHER THAN VA
*EUROPEAN PATENT ATTORNEY
'KOREAN PATENT ATTORNEY
◊REGISTERED PATENT AGENT

July 8, 2005

<u>Via Fedex</u>

Anastasia Fernands
Goodwin Proctor LLP
599 Lexington Avenue
New York, NY 10022

Re:   BIS v. Red Bend Software Inc.
<u>(Our Ref: J333802)</u>

Dear Anastasia,

Please find enclosed documents Bates Nos. BIS 003024 through BIS 005537. Please note that all of the enclosed documents have been marked "Highly Confidential", and until the stipulated Protective Order is entered by the Court, as agreed, these documents are to be treated as "Attorneys Eyes Only."

Very truly yours,
GREENBLUM & BERNSTEIN, P.L.C.

Michael J. Fink

Enclosures: As noted.

LAW OFFICES
## GREENBLUM & BERNSTEIN, P.L.C.
PATENT, COPYRIGHT AND TRADEMARK MATTERS
1950 ROLAND CLARKE PLACE
RESTON, VA 20191-1411
TEL: (703) 716-1191
FAX: (703) 716-1180
EMAIL: gbpatent@gbpatent.com
www.gbpatent.com

NEIL F. GREENBLUM
BRUCE H. BERNSTEIN
JAMES L. ROWLAND
ARNOLD TURK
MICHAEL J. FINK
STEVEN WEGMAN*
LESLIE J. PAPERNER*
WILLIAM PIEPRZ*
STEPHEN M. ROYLANCE
ROBERT W. MUELLER
JILL M. BROWNING
ALAN M. LENKIN*
WILLIAM E. LYDDANE
WILLIAM S. BOSHNICK*
PAUL A. BRAIER, Ph.D.
P. BRANKO PEJIC*
JOHN PHETA*
HERIBERT F. MUENSTERER, Ph.D.◊*
HONG J. XU*
VAN C. ERNEST
LINDA J. BODGE
JOSHUA M. POVSNER*
CLARK W. MARTIN*
OLIVER E. ASHE, JR.
DANIEL B. MOON
HANNO BITTNER
BRIAN C. CAREY¹
PAUL T. LEE¹
JOHN V. MAZZOLA◊

CAITLIN LHOMMEDIEU
SARAH S. TOOMEY*
KATHY K. TAKEGUCHI◊
WESLEY NICOLAS◊
BENJAMIN P. KOTA*
RYAN RAFFERTY
JAMES KENNETH MOORE, JR.◊
CHARLES D. NIEBYLSKI, Ph.D.*
JAMES M. McALEENAN*

OF COUNSEL:
BRUCE H. STONER, JR.
EDWARD F. HENEHAN, JR.*
ANDREW M. CALDERON

TECHNICAL ADVISORS:
TU ANH PHAN, Ph.D.
KATRIN VENTER, Ph.D.
DONALD SCALTRITO, Ph.D.
AHEA IRIE
THOMAS WEBER, Ph.D.
AZY SOPHIA KOKABI

*ADMITTED TO A BAR
  OTHER THAN VA
*EUROPEAN PATENT ATTORNEY
¹KOREAN PATENT ATTORNEY
◊REGISTERED PATENT AGENT

July 11, 2005

<u>Via Fedex</u>

Anastasia Fernands
Goodwin Proctor LLP
599 Lexington Avenue
New York, NY 10022

Re: <u>BIS v. Red Bend Software Inc.</u>
<u>(Our Ref: J333802)</u>

Dear Anastasia,

Please find enclosed documents Bates Nos. BIS 005538 through BIS 008879. Please note that all of the enclosed documents have been marked "Highly Confidential", and until the stipulated Protective Order is entered by the Court, as agreed, these documents are to be treated as "Attorneys Eyes Only."

Very truly yours,
GREENBLUM & BERNSTEIN, P.L.C.

Michael J. Fink

Enclosures: As noted.

LAW OFFICES
# GREENBLUM & BERNSTEIN, P.L.C.
PATENT, COPYRIGHT AND TRADEMARK MATTERS

1950 ROLAND CLARKE PLACE
RESTON, VA 20191-1411
TEL: (703) 716-1191
FAX: (703) 716-1180
EMAIL: gbpatent@gbpatent.com
www.gbpatent.com

July 11, 2005

<u>Via Fedex</u>

Anastasia Fernands
Goodwin Proctor LLP
599 Lexington Avenue
New York, NY 10022

Re: BIS v. Red Bend Software Inc.
(Our Ref: J333802)

Dear Anastasia,

Please find enclosed documents Bates Nos. BIS 008880 through BIS 010172. Please note that all of the enclosed documents have been marked "Highly Confidential", and until the stipulated Protective Order is entered by the Court, as agreed, these documents are to be treated as "Attorneys Eyes Only."

Very truly yours,
GREENBLUM & BERNSTEIN, P.L.C.

Michael J. Fink

Enclosures: As noted.

LAW OFFICES
# GREENBLUM & BERNSTEIN, P.L.C.
PATENT, COPYRIGHT AND TRADEMARK MATTERS
1950 ROLAND CLARKE PLACE
RESTON, VA 20191-1411
TEL: (703) 716-1191
FAX: (703) 716-1180
EMAIL: gbpatent@gbpatent.com
www.gbpatent.com

NEIL F. GREENBLUM
BRUCE H. BERNSTEIN
JAMES L. BOWLAND
ARNOLD TURK
MICHAEL J. FINK
STEVEN WEGMAN
LESLIE J. PAPENER
WILLIAM PIEPZ
STEPHEN M. ROYLANCE
ROBERT W. MUELLER
JILL M. BROWNING
ALAN M. LENKIN
WILLIAM K. LYDDANE
WILLIAM S. BOSHNICK
PAUL A. BRAIER, Ph.D.
P. BRANKO PEJIC
JOHN PUSTA
HERIBERT F. MUENSTERER, Ph.D.
HONG J. XU
VAN C. ERNEST
LINDA J. HODGE
JOSHUA M. POVSNER
CLARK W. MARTIN
OLIVER R. ASHE, JR.
DANIEL B. MOON
HANNO BITTNER
BRIAN C. CAREY
PAUL T. LEE
JOHN V. MAZZOLA

CAITLIN LHOMMEDIEU
SARAH S. TOOMEY
KATHY K. TAKEUCHI
WESLEY NICOLAS
BENJAMIN P. KOTA
RYAN RAFFERTY
JAMES KENNETH MOORE, JR.
CHARLES D. NIEBYLSKI, Ph.D.
JAMES M. McALEENAN

OF COUNSEL:
BRUCE H. STONER, JR.
EDWARD F. KENEHAN, JR.
ANDREW M. CALDERON

TECHNICAL ADVISORS:
TU ANH PHAN, Ph.D.
KATRIN VENTER, Ph.D.
DONALD SCALTRITO, Ph.D.
AKIRA IRIE
THOMAS WEBER, Ph.D.
AZY SOPHIA KOHABI

* ADMITTED TO A BAR
  OTHER THAN VA
* EUROPEAN PATENT ATTORNEY
* KOREAN PATENT ATTORNEY
* REGISTERED PATENT AGENT

July 12, 2005

<u>Via Fedex</u>

Anastasia Fernands
Goodwin Proctor LLP
599 Lexington Avenue
New York, NY 10022

     Re: BIS v. Red Bend Software Inc.
       <u>(Our Ref: J333802)</u>

Dear Anastasia,

 Please find enclosed documents Bates Nos. BIS 010173 through BIS 013312. Please note that all of the enclosed documents have been marked "Highly Confidential", and until the stipulated Protective Order is entered by the Court, as agreed, these documents are to be treated as "Attorneys Eyes Only."

       Very truly yours,
       GREENBLUM & BERNSTEIN, P.L.C.

       Michael J. Fink

Enclosures: As noted.

LAW OFFICES
## GREENBLUM & BERNSTEIN, P.L.C.
PATENT, COPYRIGHT AND TRADEMARK MATTERS
1950 ROLAND CLARKE PLACE
RESTON, VA 20191-1411
TEL: (703) 716-1191
FAX: (703) 716-1180
EMAIL: gbpatent@gbpatent.com
www.gbpatent.com

NEIL F. GREENBLUM
BRUCE H. BERNSTEIN
JAMES L. ROWLAND
ARNOLD TURK
MICHAEL J. FINK
STEVEN WEGMAN
LESLIE J. PAPERNER*
WILLIAM PIEPRZ*
STEPHEN M. ROYLANCE
ROBERT W. MUELLER
JILL M. BROWNING
ALAN M. LENKIN*
WILLIAM E. LYDDANE
WILLIAM S. BOSHNICK*
PAUL A. BRAIER, Ph.D.
P. BRANKO PEJIC*
JOHN PRETA*
HERIBERT F. MUENSTERER, Ph.D.°*
HONG J. XU*
VAN C. ERNEST
LINDA J. HODGE
JOSHUA M. POVSNER*
CLARK W. MARTIN*
OLIVER R. ASHE, JR.
DANIEL B. NOON
HANNO RITTNER
BRIAN C. CAREY*
PAUL T. LEE*
JOHN V. MAZZOLA°

CAITLIN LEOMMEDIEU
SARAH S. TOOMEY*
KATHY E. TAKEGUCHI °
WESLEY NICOLAS °
BENJAMIN F. KOTA*
RYAN RAFFERTY
JAMES KENNETH MOORE, JR.°
CHARLES D. NIEBYLSKI, Ph.D.*
JAMES M. MCALEENAN*

OF COUNSEL:
BRUCE H. STONER, JR.
EDWARD F. KENEHAN, JR.*
ANDREW M. CALDERON

TECHNICAL ADVISORS:
TU ANH PHAN, Ph.D.
KATRIN VENTER, Ph.D.
DONALD SCALTRITO, Ph.D.
AKIRA IRIE
THOMAS WEBER, Ph.D.
AZY SOPHIA KOKABI

*ADMITTED TO A BAR
 OTHER THAN VA
*EUROPEAN PATENT ATTORNEY
*KOREAN PATENT ATTORNEY
°REGISTERED PATENT AGENT

July 12, 2005

<u>Via Fedex</u>

Anastasia Fernands
Goodwin Proctor LLP
599 Lexington Avenue
New York, NY 10022

Re: <u>BIS v. Red Bend Software Inc.</u>
<u>(Our Ref: J333802)</u>

Dear Anastasia,

Please find enclosed documents Bates Nos. BIS 013313 through BIS 015294. Please note that all of the enclosed documents have been marked "Highly Confidential", and until the stipulated Protective Order is entered by the Court, as agreed, these documents are to be treated as "Attorneys Eyes Only."

Very truly yours,
GREENBLUM & BERNSTEIN, P.L.C.

Michael J. Fink

Enclosures: As noted.

LAW OFFICES
## GREENBLUM & BERNSTEIN, P.L.C.
PATENT, COPYRIGHT AND TRADEMARK MATTERS
1950 ROLAND CLARKE PLACE
RESTON, VA 20191-1411
TEL: (703) 716-1191
FAX: (703) 716-1180
EMAIL: gbpatent@gbpatent.com
www.gbpatent.com

NEIL F. GREENBLUM
BRUCE H. BERNSTEIN
JAMES L. BOWLAND
ARNOLD TURK
MICHAEL J. FINK
STEVEN WEGMAN
LESLIE J. PAPERNER
WILLIAM PIERCE
STEPHEN M. ROYLANCE
ROBERT W. MUELLER
JILL M. BROWNING
ALAN M. LENKIN
WILLIAM E. LYDDANE
WILLIAM S. ROSNICK
PAUL A. BRAIER, Ph.D.
P. BRANKO PEJIC
JOHN PRETA
HERIBERT F. KUENSTERER, Ph.D.
BONO J. KU
VAN C. ERNEST
LINDA J. HODGE
JOSHUA M. POVSNER
CLARK W. MARTIN
OLIVER E. ASHE, JR.
DANIEL B. MOON
HANNO BITTNER
BRIAN C. CAREY
PAUL T. LEE
JOHN V. MAZZOLA

CAITLIN LHOMMEDIEU
SARAH S. TOOMEY
KATHY K. TAKEGUCHI
WESLEY NICOLAS
BENJAMIN P. KOTA
RYAN RAFFERTY
JAMES KENNETH MOORE, JR.
CHARLES D. NIERTISEI, Ph.D.
JAMES M. McALEENAN

OF COUNSEL:
BRUCE H. STONER, JR.
EDWARD F. KENEHAN, JR.
ANDREW M. CALDERON

TECHNICAL ADVISORS:
TU ANH PHAN, Ph.D.
KATRIN VENTER, Ph.D.
DONALD SCALTRITO, Ph.D.
AMIRA IBIS
THOMAS WEBER, Ph.D.
AZY SOPHIA KORABI

*ADMITTED TO A BAR
OTHER THAN VA
*EUROPEAN PATENT ATTORNEY
*KOREAN PATENT ATTORNEY
*REGISTERED PATENT AGENT

July 13, 2005

<u>Via Fedex</u>

Anastasia Fernands
Goodwin Proctor LLP
599 Lexington Avenue
New York, NY 10022

    Re:  <u>BIS v. Red Bend Software Inc.
           (Our Ref: J333802)</u>

Dear Anastasia,

    Please find enclosed documents Bates Nos. BIS 015295 through BIS 018224. Please note that all of the enclosed documents have been marked "Highly Confidential", and until the stipulated Protective Order is entered by the Court, as agreed, these documents are to be treated as "Attorneys Eyes Only."

                    Very truly yours,
                    GREENBLUM & BERNSTEIN, P.L.C.

                    Michael J. Fink

Enclosures: As noted.