# EXHIBIT J

**Danielson, Miguel C**

**From:** MICHAEL FINK [MFINK@gbpatent.com]
**Sent:** Friday, July 15, 2005 4:44 PM
**To:** Fernands, Anastasia M
**Subject:** RE: RE: B.I.S. v. Red Bend et al. (J333802)

Anastasia,

Confirming our telephone conversation today, for the multitude of reasons which we discussed, the depositions of both BIS and Red Bend witnesses in Israel will not go forward as scheduled, and need to be rescheduled for a later date.

Regards,

Michael J. Fink, Esq.
GREENBLUM & BERNSTEIN, P.L.C.
1950 Roland Clarke Place
Reston, Virginia 20191
Tel.: (703) 716-1191
Fax: (703) 716-1180

*****************************************************************
The information contained in this e-mail message is intended only for
the personal and confidential use of the recipient(s) named above. This
message may be an attorney-client communication and as such is
privileged and confidential. If the reader of this message is not the
intended recipient or an agent responsible for delivering it to the
intended recipient, you are hereby notified that you have received this
document in error and that any review, dissemination, distribution, or
copying of this message is strictly prohibited. If you have received
this communication in error, please notify us immediately by e-mail,
and delete the original message.
*****************************************************************

In rare cases, our spam scanners may eliminate legitimate email. Please advise us immediately if you receive an error notification from our server.