# EXHIBIT L

**Danielson, Miguel C**

| | |
|---|---|
| **From:** | CAITLIN LHOMMEDIEU [CLHOMMEDIEU@gbpatent.com] |
| **Sent:** | Thursday, June 30, 2005 6:22 PM |
| **To:** | Fernands, Anastasia M |
| **Cc:** | MICHAEL FINK; ASHWIN SAPRA |
| **Subject:** | BIS v. Red Bend |

Dear Anastasia:

We have looked at the documents you have produced thus far, and cannot determine the answers to our interrogatories.  Therefore, please either tell us which documents provide the answers to each interrogatory, or provide complete answers to our interrogatories.

Additionally, please note that I will be out of the office until July 20.  In my absence, please contact Michael Fink regarding this case.

Very truly yours,

Caitlin Lhommedieu, Esq.
Greenblum & Bernstein
703-716-1191 (phone)
703-716-1180 (fax)
www.gbpatent.com

*****************************************************************

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above.  This message may be an attorney-client communication and as such is privileged and confidential.  If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited.  If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.
*****************************************************************
In rare cases, our spam scanners may eliminate legitimate email from clients unnoticed. Please immediately advise us if you receive an error notification from our server.