# EXHIBIT M

# GOODWIN | PROCTER

Miguel D. Danielson
617.570.1060
mdanielson@
goodwinprocter.com

Goodwin Procter LLP
Counsellors at Law
Exchange Place
Boston, MA 02109
T: 617.570.1000
F: 617.523.1231

**Via Federal Express**

June 29, 2005

Caitlin Lhommedieu, Esq.
Greenblum & Bernstein, P.L.C.
1950 Roland Clarke Place
Reston, VA 20191-1411

Re: **BIS Advanced Software Systems, Ltd. v. Red Bend Software, Inc., et al.,
Civil Action No. 04-11960**

Dear Caitlin:

Enclosed are the following items in connection with the above-referenced matter:

1. 2 CD-ROMs containing documents Bates numbered RB0037038 to RB0042657, as labeled. I note that the document beginning with the following Bates number has been purposefully omitted from this production: [redacted].

2. 1 CD-ROM bearing Bates number RB0042658 and containing Version 1 of the vBuild program along with related materials; and 1 CD-ROM bearing Bates number RB0042659 and containing Version 2 of the vBuild program along with related materials.

3. One CD-ROM containing documents Bates numbered ICQ0000001 to ICQ0000174 which are produced on behalf of Defendant ICQ Inc.

All of the documents submitted herewith are produced subject to and with confidentiality designations specified in the Protective Order between the parties. Should you have any questions, please do not hesitate to contact Anastasia Fernands or myself.

Very truly yours,

Miguel C. Danielson

Enclosures

cc: Daniel P. Tighe, Esq. (*w/out encl.*)
Bruce E. Falby, Esq. (*w/out encl.*)
Ethan Horwitz, P.C. (*w/out encl.*)
Anastasia Fernands, Esq.

LIBC/2515882



| | | |
|---|---|---|
| FedEx Express | | U.S. Mail: PO Box 727 |
| Customer Support Trace | | Memphis, TN 38194-9643 |
| 3875 Airways Boulevard | | |
| Module H, 4th Floor | | Telephone: 901-369-3600 |
| Memphis, TN 38116 | | |

08/18/2005

Dear Customer:

The following is the proof of delivery you requested with the tracking number **848801827838**.

## Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivery date:** | Jun 30, 2005 10:46 |
| **Signed for by:** | S.MICHELLE | | |
| **Service type:** | Standard Box | | |



## Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 848801827838 | **Ship date:** | Jun 29, 2005 |
| | | **Weight:** | 5.0 lbs. |
| **Recipient:** | | **Shipper:** | |
| US | | US | |
| **Reference** | | 120053/154235 | |

Thank you for choosing FedEx Express.

FedEx Worldwide Customer Service
1.800.GoFedEx 1.800.463.3339

United States Home      Information Center | Custom



Search

Package/Envelope Services | Office/Print Services | Freight Services | Expedited Servi

Ship | Track | Manage My Account | International Tools

**Track Shipments**
## Detailed Results

Printable Version    Quick Help

| | | | | |
|---|---|---|---|---|
| Tracking number | 848801827838 | Reference | 120053/154235 | |
| Signed for by | S.MICHELLE | Delivered to | Receptionist/Front Desk | |
| Ship date | Jun 29, 2005 | Service type | Standard Box | |
| Delivery date | Jun 30, 2005 10:46 AM | Weight | 5.0 lbs. | |
| Status | Delivered | | | |

**You can also track:**
- By TCN
- FedEx Trade shipments
- By Email Tra
- By FedEx W Solutions

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| Jun 30, 2005 | 10:46 AM | Delivered | | |
| | 7:39 AM | On FedEx vehicle for delivery | HERNDON, VA | |
| | 6:38 AM | At local FedEx facility | HERNDON, VA | |
| | 6:15 AM | At dest sort facility | DULLES, VA | |
| | 4:09 AM | Departed FedEx location | NEWARK, NJ | |
| | 1:19 AM | Arrived at FedEx location | NEWARK, NJ | |
| Jun 29, 2005 | 8:42 PM | Left origin | SOUTH BOSTON, MA | |
| | 5:53 PM | Picked up | SOUTH BOSTON, MA | |

**Wrong Address?** Reduce future mistake FedEx Address Check

**Shipping Freight?** FedEx has LTL, air fi surface and air expe multi piece package and ocean freight.

[ Signature proof ]   [ Email results ]   [ Track more shipments ]

Subscribe to tracking updates (optional)

Your Name:     Your Email Address:

| Email address | Language | | Exception updates | Delivery updates |
|---|---|---|---|---|
| | English | | | |
| | English | | | |
| | English | | | |
| | English | | | |

Select format: ● HTML ○ Text ○ Wireless
Add personal message:
Not available for Wireless or non-English characters.

☐ By selecting this check box and the Submit button, I agree to these Terms and    [ Submit ]