# EXHIBIT O

# GRIESINGER, TIGHE & MAFFEI, LLP
Attorneys At Law
176 Federal Street
Boston, Massachusetts 02110

TELEPHONE (617) 542-9900
FACSIMILE (617) 542-0900

Scott McConchie
(617) 603-0917
sm@gtmllp.com

August 9, 2005

**BY HAND**

Mr. Jay Johnson
Docket Clerk to
  The Honorable Rya W. Zobel
United States District Court
  for the District of Massachusetts
John Joseph Moakley Courthouse
1 Courthouse Way
Boston, Massachusetts 02210

> Re:   *BIS Advanced Software Systems, Ltd. v. Red Bend Software, Inc., et al.*
>       C.A. No. 04-CV-11960 (RWZ)

Dear Mr. Johnson:

    As we discussed earlier today, one of the exhibits was inadvertently omitted on Plaintiff's Motion for Leave to File an Amended Complaint, which we filed on Friday, August 5, 2005. I am enclosing a corrected copy of that motion, which properly references and includes "Exhibit B," which is simply a printout from a web page.

    On Friday, we also filed Plaintiff's Motion to Amend the Scheduling Order. In the first paragraph of that motion, we stated that "Plaintiff has attempted to come to agreement with Defendants ... regarding this motion, but Defendants continue to oppose it." Counsel for certain defendants have complained that we did not also include, at the end of our motion, a certification of compliance with Local Rule 7.1(A)(2), even though the text of the motion implicitly makes that certification. Putting form over substance, and in the interest of eliminating any further dispute, I enclose a Certificate Under Local Rule 7.1. For your convenience, I am attaching a copy of Plaintiff's Motion to Amend the Scheduling Order (to which the Certificate Under Local Rule 7.1 relates), which includes the proposed Second Amended Scheduling Order.

Mr. Jay Johnson
Docket Clerk to
 The Honorable Rya W. Zobel
August 9, 2005
Page 2


      Thank you for your attention to this matter. Please do not hesitate to contact me if you have any questions.

      Very truly yours,

      Scott McConchie


Enclosures:  1. Plaintiff's Motion for Leave to File an Amended Complaint
             2. Certificate Under Local Rule 7.1
             3. Plaintiff's Motion to Amend the Scheduling Order


cc:  Anastasia Fernands, Esquire (by email, w/ encs.)
     Caitlin Lhommedieu, Esquire (by email, w/ encs.)
     Andrew P. Valentine, Esquire (by email, w/ encs.)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BIS Advanced Software Systems, Ltd., | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 04-11960-RWZ |
| Red Bend Software, Inc., | ) |
| Red Bend Software, Ltd., | ) |
| Time Warner Inc., | ) |
| ICQ, Inc., | ) |
| InstallShield Software Corp., | ) REQUEST FOR ORAL ARGUMENT |
| and | ) |
| ScanSoft, Inc. | ) |
| Defendants. | ) |

### Certificate under Local Rule 7.1

In accordance with Local Rule 7.1(a)(2), Caitlin Lhommedieu, counsel for Plaintiff, certifies that on August 1, 2005 she conferred with counsel for Defendants, Anastasia Fernands and Ethan Horwitz, about this Motion to Amend the Scheduling Order filed August 5, 2005, and attempted in good faith to resolve the matter, but was unable to reach agreement. The conference took place at 11 a.m. by telephone for approximately 15 minutes.

Caitlin Lhommedieu
GREENBLUM & BERNSTEIN, P.L.C.
1950 Roland Clarke Place
Reston, VA 20191
(703) 716-1191

Dated: Aug 9, 2005