IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BIS ADVANCED SOFTWARE SYSTEMS, LTD.,<br><br>Plaintiff,<br><br>v.<br><br>RED BEND SOFTWARE, INC.,<br>RED BEND, LTD.,<br>TIME WARNER INC.,<br>ICQ, INC.<br>INSTALLSHIELD SOFTWARE CORP.,<br>and<br>SCANSOFT, INC.<br><br>Defendants. | Civil Action No. 04cv11960 (RWZ) |

## DECLARATION OF TYLER SHEFFIELD

I, TYLER SHEFFIELD, hereby declare:

1. I am the former Chief Financial Officer of Installshield Software Corp. ("Installshield"). I am no longer employed by Installshield, but I have personal knowledge of the status of the company.

2. Installshield is a non-operating company. Installshield has no current employees, nor has it had employees since before this litigation began in September 2004.

3. Installshield has no documents relative to any software or to the sale of any software to customers.

Executed under penalty of perjury this 16th day of August, 2005.

_____
Tyler Sheffield