IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BIS ADVANCED SOFTWARE SYSTEMS, LTD.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RED BEND SOFTWARE, INC.,<br>RED BEND, LTD.,<br>TIME WARNER INC.,<br>ICQ, INC.<br>INSTALLSHIELD SOFTWARE CORP.,<br>and<br>SCANSOFT, INC.<br><br>　　　　Defendants. | Civil Action No. 04cv11960 (RWZ) |

## NOTICE OF APPEARANCE

Pursuant to Local Rule 83.5.2(a) please enter the appearance of Miguel C. Danielson of Goodwin Procter LLP as counsel for the defendants Red Bend Software, Inc., Red Bend Ltd., ICQ, Inc., and Installshield Software Corp. in the above-captioned matter.

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　　　/s/ Miguel C. Danielson _____
　　　　　　　　　　　　　　　　　　　　Miguel C. Danielson (BBO #651288)
　　　　　　　　　　　　　　　　　　　　GOODWIN PROCTER LLP
　　　　　　　　　　　　　　　　　　　　Exchange Place
　　　　　　　　　　　　　　　　　　　　Boston, MA  02109-2881
　　　　　　　　　　　　　　　　　　　　(617) 570-1000

Dated:　August 26, 2005