UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-11960-RWZ


BIS ADVANCED SOFTWARE SYSTEMS, LTD.

v.

RED BEND SOFTWARE, INC., et al.

<u>MEMORANDUM OF DECISION</u>

August 30, 2005

ZOBEL, D.J.

Plaintiff has filed a number of motions concerning the pleadings, discovery and scheduling.

1. Motion for leave to File an Amended Complaint (#33 on the court's docket)

The motion seeks to add as plaintiffs a number of customers of defendant Red Bend Software, Inc. on the ground that they are licensees from that defendant and thus infringe plaintiff's patent.  Because it is unclear why their presence in the lawsuit is necessary to provide full relief, the motion is denied.

2.  Motion to Compel Discovery (#35)

The parties shall attempt to resolve their differences.  Any matters remaining open after a genuine effort may be submitted to the court.

3.  Motion to Amend the Scheduling Order (#34)

The motion is allowed although it is not clear that the additional time is necessary in light of the ruling on the motion to amend the complaint.  In any event, the Rule 30 (b)(6) deposition of plaintiff shall be completed by September 22, 2005.


_____          /s/ Rya W. Zobel                             
DATE                           RYA W. ZOBEL

UNITED STATES DISTRICT JUDGE