IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| BIS Advanced Software Systems, Ltd., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-11960-RWZ |
| | ) | |
| Red Bend Software, Inc., | ) | |
| Red Bend Software, Ltd., | ) | |
| ICQ, Inc., and | ) | |
| InstallShield Software Corp., | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S MOTION FOR RECONSIDERATION
OF THE COURT'S DECISION
REGARDING AMENDMENT OF THE COMPLAINT**

Pursuant to Fed. R. Civ. P. 59(e), plaintiff BIS Advanced Software Systems, Ltd. ("Plaintiff") hereby respectfully requests reconsideration of the portion of the Court's August 30, 2005 Order (#48 on the Court's docket) denying Plaintiff's Motion for Leave to File an Amended Complaint (#33).

A memorandum in support of this motion is filed herewith.

Respectfully submitted,

BIS ADVANCED SOFTWARE SYSTEMS, LTD.

By its attorneys,

 /s/ Scott McConchie
Daniel P. Tighe (BBO #556583)
Scott McConchie (BBO #634127)
GREISINGER, TIGHE & MAFFEI, LLP
176 Federal Street
Boston, MA 02110-2214
(617) 542-9900

|  |  |
|---|---|
|  | Neil F. Greenblum<br>Michael J. Fink<br>Caitlin Lhommedieu<br>Benjamin P. Kota<br>GREENBLUM & BERNSTEIN, P.L.C.<br>1950 Roland Clarke Place<br>Reston, VA 20191 |
| Dated: September 9, 2005 | (703) 716-1191 |

Certificate under Local Rule 7.1

In accordance with Local Rule 7.1(a)(2), Caitlin Lhommedieu, counsel for Plaintiff, certifies that on September 9, 2005 she conferred with counsel for Defendants, Anastasia Fernands, about this motion and attempted in good faith to resolve the matter, but was unable to reach agreement. The conference took place at 9 a.m., by telephone, for approximately 2 minutes.

/s/ Caitlin Lhommedieu
Caitlin Lhommedieu