# EXHIBIT A

# System and method for quick download of software files

| | | |
|---|---|---|
| Patent number: | AU3321700 | |
| Publication date: | 2000-10-09 | |
| Inventor: | MIRON MORDECHAY | |
| Applicant: | B I S ADVANCED SOFTWARE SYSTEM | |
| Classification: | | |
| - international: | G06F9/45 | |
| - european: | G06F9/44G4C; G06F9/445N; H04L29/06C6C2; H04L29/06C8 | |
| Application number: | AU20000033217D 20000321 | |
| Priority number(s): | WO2000IL00179 20000321; US19990273257 19990322 | |

Also published as:
- WO0057272 (A1)
- EP1080409 (A1)
- US6401239 (B1)

Report a data error here

Abstract not available for AU3321700
Abstract of corresponding document: **US6401239**

A system for transferring a delta file from a first computer to a second computer includes a delta builder on the first computer, a download manager, and a restorer on the second computer. The first computer has a first version of a file and a second version of the file, and the second computer has the first version of the file. The delta builder generates the delta file from the first and second versions on the first computer. The download manager transfers the delta file from the first computer to the second computer. The restorer generates the second version from the first version on the second computer and the transferred delta file.



Data supplied from the *esp@cenet* database - Worldwide

# SYSTEM AND METHOD FOR QUICK DOWNLOAD OF SOFTWARE FILES

| | |
|---|---|
| Patent number: | WO0057272 |
| Publication date: | 2000-09-28 |
| Inventor: | MIRON MORDECHAY (IL) |
| Applicant: | B I S ADVANCED SOFTWARE SYSTEM (IL); MIRON MORDECHAY (IL) |
| Classification: | |
| - international: | G06F9/45 |
| - european: | G06F9/44G4C; G06F9/445N; H04L29/06C6C2; H04L29/06C8 |
| Application number: | WO2000IL00179 20000321 |
| Priority number(s): | US19990273257 19990322 |

**Also published as:**
- EP1080409 (A1)
- US6401239 (B1)

**Cited documents:**
- US4558413
- US5809251
- US5845077

Report a data error here

### Abstract of WO0057272

A system for transferring a delta file from a first computer (502) to a second computer (514) includes a delta builder (504) on the first computer (502), a download manager (510), and a restorer (516) on the second computer (514). The first computer (502) has a first version of a file and a second version of the file, and the second computer (514) has the first version of the file. The delta builder (504) generates the delta file from the first and second versions on the first computer (502). The download manager (510) transfers the delta file from the first computer (502) to the second computer (514). The restorer (516) generates the second version from the first version on the second computer (514) and the transferred delta file.



Data supplied from the *esp@cenet* database - Worldwide

# SYSTEM AND METHOD FOR QUICK DOWNLOAD OF SOFTWARE FILES

| | | |
|---|---|---|
| **Patent number:** | EP1080409 | **Also published as:** |
| **Publication date:** | 2001-03-07 | WO0057272 (A1) |
| **Inventor:** | MIRON MORDECHAY (IL) | US6401239 (B1) |
| **Applicant:** | B I S ADVANCED SOFTWARE SYSTEM (IL) | |
| **Classification:** | | |
| - international: | G06F9/45 | |
| - european: | G06F9/44G4C; G06F9/445N; H04L29/06C6C2; H04L29/06C8 | |
| **Application number:** | EP20000911233 20000321 | |
| **Priority number(s):** | WO2000IL00179 20000321; US19990273257 19990322 | |

Report a data error here

Abstract not available for EP1080409
Abstract of correspondent: **US6401239**

A system for transferring a delta file from a first computer to a second computer includes a delta builder on the first computer, a download manager, and a restorer on the second computer. The first computer has a first version of a file and a second version of the file, and the second computer has the first version of the file. The delta builder generates the delta file from the first and second versions on the first computer. The download manager transfers the delta file from the first computer to the second computer. The restorer generates the second version from the first version on the second computer and the transferred delta file.

