LAW OFFICES
# GREENBLUM & BERNSTEIN, P.L.C.
PATENT, COPYRIGHT AND TRADEMARK MATTERS
1950 ROLAND CLARKE PLACE
RESTON, VA 20191-1411
TEL: (703) 716-1191
FAX: (703) 716-1180
EMAIL: gbpatent@gbpatent.com
www.gbpatent.com

NEIL F. GREENBLUM
BRUCE H. BERNSTEIN
JAMES L. ROWLAND
ARNOLD TURK
MICHAEL J. FINK
STEVEN WEGMAN*
LESLIE J. PAPERNER*
WILLIAM PIEPRZ*
STEPHEN M. ROYLANCE
ROBERT W. MUELLER
JILL M. BROWNING
ALAN M. LENKIN*
WILLIAM E. LYDDANE
WILLIAM S. BOSHNICK*
PAUL A. BRAIER, Ph.D.
P. BRANKO PEJIC*
JOHN PRETA*
HERIBERT F. MUENSTERER, Ph.D.□°
VAN C. ERNEST
LINDA J. HODGE
JOSHUA M. POVSNER*
OLIVER R. ASHE, JR.
DANIEL B. MOON
PAUL T. LEE◊
JOHN V. MAZZOLA □
CAITLIN LHOMMEDIEU
SARAH S. TOOMEY*

WESLEY NICOLAS □
BENJAMIN P. KOTA*
JAMES KENNETH MOORE, JR.
CHARLES D. NIEBYLSKI, Ph.D.*
JAMES M. McALEENAN*
AZY S. KOKABI
ENOCH E. PEAVEY
REBECCA A. BROWN*

OF COUNSEL:
BRUCE H. STONER, JR.
EDWARD F. KENEHAN, JR.*
ANDREW M. CALDERON

TECHNICAL ADVISORS:
TU ANH PHAN, Ph.D.
KATRIN VENTER, Ph.D.
DONALD SCALTRITO, Ph.D.
THOMAS WEBER, Ph.D.
JI KIM

*ADMITTED TO A BAR
  OTHER THAN VA
° EUROPEAN PATENT ATTORNEY
◊ KOREAN PATENT ATTORNEY
□ REGISTERED PATENT AGENT

November 30, 2005

The Honorable Rya W. Zobel
District Judge
U.S. District Court
District of Massachusetts
John Joseph Moakley U. S. Courthouse
1 Courthouse Way
Boston, Massachusetts 02210

Re:   BIS v. Red Bend *et al* (Civil Action No. 04cv11960 (RWZ))

Dear Judge Zobel:

Greenblum & Bernstein PLC represents Plaintiff BIS Advanced Software Systems, Ltd. in the above-referenced case. In an effort to keep the Court apprised of significant developments in the case, we write to inform you that the parties' executives have been involved in earnest settlement talks and that several draft settlement agreements have been exchanged over the past three weeks.

In an effort to settle the case, Plaintiff has proposed that the parties stipulate to dismissal of the case, *i.e.*, all claims and counterclaims with prejudice with each party bearing its own costs and attorneys' fees, but Defendants have rejected this proposal.

Plaintiff's counsel asked Defendants' counsel if they would join in this letter, but Defendants' counsel declined. We will keep the Court apprised of any further significant developments.

Very truly yours,
GREENBLUM & BERNSTEIN PLC

Caitlin Lhommedieu