IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BIS ADVANCED SOFTWARE SYSTEMS, LTD.,<br><br>          Plaintiff,<br><br>     v.<br><br>RED BEND SOFTWARE, INC.,<br>RED BEND, LTD.,<br>TIME WARNER INC.,<br>ICQ, INC.<br>INSTALLSHIELD SOFTWARE CORP.,<br>and<br>SCAN SOFT, INC.<br><br>          Defendants. | Civil Action No. 04cv11960 (RWZ) |

**DEFENDANT'S MOTION TO FILE UNDER SEAL**

Pursuant to Local Rule 7.2, Defendants Red Bend Software, Inc. and Red Bend, Ltd., (collectively "Red Bend") hereby move for leave to file the Declaration of Yoram Salinger ("Salinger Declaration") under seal. As grounds for this motion, Red Bend states as follows:

The Salinger Declaration contains highly-confidential, sensitive business information concerning the details of a new set of products being developed by Red Bend. Such information is subject to the protection contemplated by Rule 26(c) of the Federal Rules of Civil Procedure and provided for by the Protective Order entered in this case. Accordingly, pursuant to the terms of the Protective Order in place in this action, Red Bend seeks to file the Salinger Declaration under seal.

WHEREFORE, Red Bend respectfully requests that this Court grant leave to file the Salinger Declaration under seal.

LIBNY/4468620.1

          **RED BEND SOFTWARE, INC., RED BEND, LTD.,**

          /s/ Anastasia M. Fernands
          Brenda R. Sharton (BBO # 556909)
          Miguel C. Danielson (BBO # 651288)
          GOODWIN PROCTER LLP
          53 State Street
          Boston, MA 02109
          Tel: 617-570-1000
          Fax: 617-523-1231

          Ethan Horwitz (*pro hac vice*)
          Anastasia Fernands (BBO # 633131)
          GOODWIN PROCTER LLP
          599 Lexington Avenue
          New York, New York 10022
          Tel: 212-813-8800
          Fax: 212-353-3555

Dated: December 15, 2005

## LOCAL RULE 7.1 CERTIFICATION

      Pursuant to Local Rule 7.1(A)(2), the undersigned counsel hereby certifies that counsel for Defendants attempted to contact and left telephone messages for two attorneys representing Plaintiff on December 15, 2005, but had received no response from either prior to the filing of this Motion.

                                                          /s/ Anastasia M. Fernands
                                                          Anastasia M. Fernands

2618945-1