# SEALED   DOCUMENT

Case 1:04-cv-11960-RWZ     Document 64     Filed 12/21/2005     Page 1 of 1