# EXHIBIT A

## Danielson, Miguel C

**From:** CAITLIN LHOMMEDIEU [CLHOMMEDIEU@gbpatent.com]
**Sent:** Tuesday, January 03, 2006 1:48 PM
**To:** Fernands, Anastasia M
**Subject:** RE: BIS v. Red Bend (our ref no J333802)

Dear Anastasia:

Perhaps you misunderstood my previous e-mail, which was intended simply to memorialize our understanding that BIS and Red Bend would not be serving expert reports today. We did not and do not agree to jointly seek an extension of the due date for serving expert reports. It is our position that when BIS filed its motion to dismiss including a covenant not to sue, the case was over, and thus there is no need to serve expert reports. As it appears that Red Bend does not agree that the case is over, Red Bend's failure to serve an expert report is done so at its own peril.

Very truly yours,

Caitlin Lhommedieu
Greenblum & Bernstein
703-716-1191 (phone)
703-716-1180 (fax)
www.gbpatent.com

****************************************

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and as such is privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message. In rare cases, our spam scanners may eliminate legitimate email from clients unnoticed. Please immediately advise us if you receive an error notification from our server.

****************************************


**From:** Fernands, Anastasia M [mailto:AFernands@goodwinprocter.com]
**Sent:** Tuesday, January 03, 2006 1:03 PM
**To:** CAITLIN LHOMMEDIEU
**Cc:** Horwitz, Ethan
**Subject:** RE: BIS v. Red Bend (our ref no J333802)

Dear Caitlin:

Thank you for your e-mail confirming your understanding that expert reports will not be exchanged today. To avoid any future confusion, please also confirm your agreement that the parties will jointly seek an extension of the deadline for serving expert reports if the Court denies any portion of BIS's pending motion to dismiss.

I look forward to hearing from you.

Anastasia M. Fernands


1/3/2006

Goodwin Procter LLP
599 Lexington Avenue
New York, New York 10022
Tel: (212) 459-7321
Fax: (212) 355-3333


-----Original Message-----
**From:** CAITLIN LHOMMEDIEU [mailto:CLHOMMEDIEU@gbpatent.com]
**Sent:** Tuesday, January 03, 2006 11:23 AM
**To:** Fernands, Anastasia M
**Cc:** sm@gtmllp.com; ASHWIN SAPRA
**Subject:** BIS v. Red Bend (our ref no J333802)

Dear Anastasia:

This is e-mail is to confirm our understanding that neither BIS nor Red Bend will be serving expert reports in the above-referenced litigation today.

Happy new year,

Caitlin Lhommedieu
Greenblum & Bernstein
703-716-1191 (phone)
703-716-1180 (fax)
www.gbpatent.com


***************************************

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. This message may be an attorney-client communication and as such is privileged and confidential. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message. In rare cases, our spam scanners may eliminate legitimate email from clients unnoticed. Please immediately advise us if you receive an error notification from our server.

***************************************


****************************************************************
****

IRS CIRCULAR 230 DISCLOSURE:
To ensure compliance with requirements imposed by the IRS, we
inform
you that any U.S. tax advice contained in this communication
(including any attachments) is not intended or written to be used,
and
cannot be used, for the purpose of (i) avoiding penalties under the
Internal Revenue Code or (ii) promoting, marketing or recommending
to


1/3/2006

another party any transaction or matter addressed herein.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
**This message is intended only for the designated recipient(s). It may
contain confidential or proprietary information and may be subject to
the attorney-client privilege or other confidentiality protections.
If you are not a designated recipient, you may not review, copy or
distribute this message. If you receive this in error, please notify
the sender by reply e-mail and delete this message. Thank you.**
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*