# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BIS ADVANCED SOFTWARE SYSTEMS, LTD.,<br><br>          Plaintiff,<br><br>     v.<br><br>RED BEND SOFTWARE, INC.,<br>RED BEND, LTD.,<br>TIME WARNER INC.,<br>ICQ, INC.<br>INSTALLSHIELD SOFTWARE CORP.,<br>and<br>SCANSOFT, INC.<br><br>          Defendants. | Civil Action No. 04cv11960 (RWZ) |

**ASSENTED-TO MOTION FOR EXTENSION OF TIME**

Defendants Red Bend Software, Inc. and Red Bend, Ltd. (collectively "Red Bend"), with the agreement of Plaintiff BIS Advanced Software Systems, Ltd.'s ("BIS"), hereby move for an extension of time until Friday, April 21 to reply to Plaintiff's Motion for Reconsideration (D.I. 68).

The parties are presently discussing the resolution of certain issues in connection with proposed settlement and require additional time. Plaintiff has assented to this Motion.

**RED BEND SOFTWARE, INC., RED BEND, LTD.**

By their attorneys,

/s/  Anastasia M. Fernands
Brenda R. Sharton (BBO # 556909)
Miguel C. Danielson (BBO # 651288)
GOODWIN PROCTER LLP
53 State Street
Boston, MA 02109
Tel:  617-570-1000
Fax:  617-523-1231

Ethan Horwitz (*pro hac vice*)
Anastasia Fernands (BBO# 633131)
GOODWIN PROCTER LLP
599 Lexington Avenue
New York, New York 10022
Tel:  212-813-8800
Fax:  212-353-3555

Dated:  April 13, 2006

### Certification Pursuant To Local Rule 7.1(A)(2)

I certify pursuant to Local Rule 7.1(A)(2) that the moving party has attempted to confer in good faith with opposing counsel on the matter set forth herein and that opposing counsel has granted its consent to this motion.

I further certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on April 13, 2006.

  /s/ Anastasia M. Fernands
Anastasia M. Fernands