**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

BIS ADVANCED SOFTWARE SYSTEMS, LTD.,

        Plaintiff,

    v.

RED BEND SOFTWARE, INC.,
RED BEND, LTD.,
TIME WARNER INC.,
ICQ, INC.
INSTALLSHIELD SOFTWARE CORP.,
and
SCANSOFT, INC.

        Defendants.

Civil Action No. 04cv11960 (RWZ)

**ASSENTED-TO MOTION FOR FURTHER EXTENSION OF TIME**

    Defendants Red Bend Software, Inc. and Red Bend, Ltd. (collectively "Red Bend"), with the agreement of Plaintiff BIS Advanced Software Systems, Ltd. ("BIS"), hereby move for a further extension of time until May 5, 2006 to respond to Plaintiff's Motion for Reconsideration (D.I. 68).

    Red Bend's prior Motion For Further Extension of Time to extend the deadline by which it must respond to Plaintiff's Motion for Reconsideration was granted by the Court on April 21, 2006, and the present deadline for Red Bend's response is April 28, 2006.  The parties are continuing to discuss the resolution of issues in connection with a potential settlement of this case and require additional time to pursue those discussions.

    WHEREFORE, Red Bend respectfully requests a further extension of time up to and including Friday, May 5, 2006 to respond to Plaintiff's Motion for Reconsideration.

**Formatted:** Font: 8 pt

**Deleted:** LIBNY/4514650.1

**RED BEND SOFTWARE, INC., RED BEND, LTD.**

By their attorneys,


/s/  Miguel Danielson
Brenda R. Sharton (BBO # 556909)
Miguel C. Danielson (BBO # 651288)
GOODWIN PROCTER LLP
53 State Street
Boston, MA 02109
Tel:  617-570-1000
Fax:  617-523-1231


Ethan Horwitz (*pro hac vice*)
Anastasia Fernands (BBO# 633131)
GOODWIN PROCTER LLP
599 Lexington Avenue
New York, New York 10022
Tel:  212-813-8800
Fax:  212-353-3555

Dated:  April 27, 2006


## Certification Pursuant To Local Rule 7.1(A)(2)

I certify pursuant to Local Rule 7.1(A)(2) that the moving party has attempted to confer in good faith with opposing counsel on the matter set forth herein and that opposing counsel has granted its consent to this motion.

I further certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on April 27, 2006.

/s/ Miguel Danielson
Miguel C. Danielson

**Formatted:** Font: 8 pt

**Deleted:** LIBNY/4514650.1