UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| BIS Advanced Software Systems, Ltd., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 04-11960-RWZ |
| | ) | |
| Red Bend Software, Inc., *et al*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**MOTION FOR LEAVE TO FILE SURREPLY BRIEF
IN SUPPORT OF PLAINITFF'S MOTION FOR RECONSIDERATION**

Pursuant to Local Rule 7.1(B)(3), the Plaintiff BIS Advanced Software Systems, Ltd. (hereinafter, "Plaintiff") moves for leave to file "Plaintiff's Surreply in Support of Plaintiff's Motion for Reconsideration," submitted herewith as Exhibit A, in reply to "Red Bend's Response to BIS's Motion for Leave to File Reply Brief in Support of Plaintiff's Motion for Reconsideration," filed by the Defendants Red Bend Software, Inc. and Red Bend Ltd. (hereinafter, "Red Bend") on or about May 18, 2006.

In support of this motion, Plaintiff states as follows:

1. The Surreply is necessary to respond to the outrageous assertions and misstatements made by Red Bend in its Response. The Surreply, therefore, will assist the Court in resolving Plaintiff's Motion for Reconsideration.

2. Allowance of this motion will not prejudice the Defendants.

WHEREFORE, Plaintiff respectfully requests that the Court grant Plaintiff leave to file the Surreply, which is attached hereto as Exhibit A.

{J333802 00021967.DOC}

Respectfully submitted,

BIS ADVANCED SOFTWARE SYSTEMS, LTD.

By its attorneys,

 /s/ Scott McConchie
Daniel P. Tighe (BBO # 556583)
Scott McConchie (BBO # 634127)
GRIESINGER, TIGHE & MAFFEI, LLP
176 Federal Street
Boston, MA 02110-2214
(617) 542-9900


Neil F. Greenblum
Michael J. Fink
Caitlin Lhommedieu
Benjamin P. Kota
GREENBLUM & BERNSTEIN, P.L.C.
1950 Roland Clarke Place
Reston, VA 20191
Dated: May 26, 2006        (703) 716-1191