UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BIS Advanced Software Systems, Ltd., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> Red Bend Software, Inc., *et al*, ) <br> ) <br> Defendants. ) <br> _____) | Civil Action No. 04-11960-RWZ |

**ORDER AND STIPULATION OF DISMISSAL**

Plaintiff BIS Advanced Software Systems, Ltd. (Plaintiff) having covenanted not to sue to the satisfaction of Defendants Red Bend Software, Inc., Red Bend, Ltd., ICQ, Inc., and InstallShield Software Corp. (Defendants), and Plaintiff and Defendants having executed and filed this Stipulation of Dismissal, Plaintiff and Defendants request the Court to enter this Order and Stipulation of Dismissal.

Accordingly, pursuant to Fed. R. Civ. P. 41(a)(2), it is HEREBY ORDERED that:

Any claim for infringement of U.S. Patent No. 6,401,239 (the "'239 patent") based upon (a) the software products currently used, made or sold by Defendant Red Bend, (b) products of Defendant Red Bend currently in "development", and (c) products specifically identified in the Salinger Declaration, *see* D.I. 64, ¶¶ 12-14 is hereby dismissed with prejudice.  This dismissal includes claims against Defendant Red Bend's current customers, whether named in this action or not, for their use of such Red Bend products (*i.e.*, those identified above) in the United States.

Defendant's declaratory judgment counterclaims for invalidity of the '239 patent are hereby dismissed without prejudice.

Each party is to bear its own costs and attorneys fees in connection with this action.

{J333802 00033641.DOC}1

It is SO ORDERED this _____ day of \_\_\_\_\_, 2006.

                                                                                  _____
                                                                                  Rya W. Zobel
                                                                                  United States District Judge

Respectfully submitted,

| RED BEND SOFTWARE, INC., *ET AL*. | BIS ADVANCED SOFTWARE SYSTEMS, LTD. |
| By its attorneys, | By its attorneys, |
|    /s/ Miguel Danielson |       /s/ Scott McConchie |
| Brenda R. Sharton (BBO # 556909) | Daniel P. Tighe (BBO #556583) |
| Miguel C. Danielson (BBO # 651288) | Scott McConchie (BBO #634127) |
| Goodwin Procter LLP | GRIESINGER, TIGHE & MAFFEI, LLP |
| 53 State Street | 176 Federal Street |
| Boston, MA 02109 | Boston, MA 02110-2214 |
| Phone: 617-570-1000 | Phone: 617-542-9900 |
| Fax:    617-523-1231 | Fax:    617-542-0900 |
| Ethan Horwitz (*pro hac vice*) | Neil F. Greenblum |
| Anastasia M. Fernands (BBO #633131) | Michael J. Fink |
| Goodwin Procter LLP | Caitlin Lhommedieu |
| 599 Lexington Avenue | Benjamin P. Kota |
| New York, NY 10022 | GREENBLUM & BERNSTEIN, P.L.C. |
| Phone: 212-459-7455 | 1950 Roland Clarke Place |
| Fax:    212-355-3333 | Reston, VA 20191 |
| | Phone: 703-716-1191 |
| | Fax:    709-716-1180 |

Dated: July 21 2006